IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF CLARK

| NATHEN BARTON,<br>Plaintiff<br><br>v.<br><br>American Family Life Assurance Company of Columbus, American-Amicable Life Insurance Company of Texas, Fast & Easy Marketing LLC, Hegemon Group International LLC, Silver Shield Life LLC, Shawn Akers, and John Doe 1-10<br>Defendants. | Case No.:<br><br>COMPLAINT FOR A CIVIL CASE AND INJUNCTIVE RELIEF<br><br>Jury Trial: ☒ Yes ☐ No |
|---|---|

## I. INTRODUCTION

1. There are telemarketers in America whose long-term business model is placing lots and lots of unsolicited calls and robocalls.

2. Companies who sell a particular widget are looking for customers interested in such widgets, and telemarketers are eager to introduce widget makers with possibly interested customers.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

3. And some telemarketers call all the phone numbers they can, playing pre-recorded or artificially generated speech about widgets.

4. The telemarketer does this to build up pool of valid phone numbers, noting key demographics of the people behind the phone numbers like age, gender, interests, or location. When the telemarketer strikes a deal with a specific widget maker to find potential customers, the telemarketer goes to their calling pool, and calls the people that fits the widget maker's specified customer profile.

5. And calls them again and again . . .

6. When the telemarketer finds a consumer they can sell to a widget maker, they call that person a "Lead".

7. The telemarketer passes the Lead to a widget maker for monetary gain, the widget maker is happy to have someone to pitch their widgets to, and everyone in the loop is a winner.

8. Except for people like Senator Hollings and Plaintiff who don't want the phone calls. In our experience:

9. "[c]omputerized calls are the scourge of modern civilization. They wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone right out of the wall."

10. 47 CFR § 64.1200(f)(10) defines "seller" as

11. "The term seller means the person or entity on whose behalf a telephone call or message is initiated for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, which is transmitted to any person.

12. 47 CFR § 64.1200(f)(12) defines "telemarketer" as

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

13. "The term telemarketer means the person or entity that initiates a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, which is transmitted to any person."

14. Fast & Easy Marketing LLC is a telemarketer under 47 CFR § 64.1200(f)(12).

15. Hegemon Group International LLC is a telemarketer under 47 CFR § 64.1200(f)(12).

16. Silver Shield Life LLC is a telemarketer under 47 CFR § 64.1200(f)(12).

17. Shawn Akers is a telemarketer under 47 CFR § 64.1200(f)(12).

18. These four entities are collectively known as The Telemarketers" in this lawsuit.

19. The Telemarketers may sell other things but they are instigators of calls initiated for the purpose of encouraging the purchase of final expense insurance ("FEI"), a/k/a burial insurance.

20. American Family Life Assurance Company of Columbus is a seller under 47 CFR § 64.1200(f)(10).

21. American-Amicable Life Insurance Company of Texas is a seller under 47 CFR § 64.1200(f)(10).

22. The Telemarketers placed or caused to be placed a long series of voice and robocalls to Plaintiff, adding and maintaining his phone number in a pool of phone numbers until such time as they could sell Barton and people like him a FEI policy through American Family Life Assurance Company of Columbus or American-Amicable Life Insurance Company of Texas.

23. American Family Life Assurance Company and Columbus or American-Amicable Life Insurance Company of Texas facilitated the phone calls to Barton by contracting with The Telemarketers to sell their respective FEI policies.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

24. American Family Life Assurance Company and Columbus or American-Amicable Life Insurance Company of Texas facilitated the phone calls to Barton by giving The Telemarketers access to their computer systems for pricing and uploading customers, and the authority to use their trade names, trademarks, and service marks.

25. American Family Life Assurance Company and Columbus or American-Amicable Life Insurance Company of Texas ratify the conduct of the Telemarketers by accepting the benefits of the telemarketing calls.

26. Despite reports of unwanted telemarketing calls from The Telemarketers who were calling Mr. Barton, American Family Life Assurance Company and Columbus and American-Amicable Life Insurance Company of Texas continue to do business with The Telemarketers who were calling Mr. Barton.

27. American Family Life Assurance Company and Columbus and American-Amicable Life Insurance Company of Texas know the agents who called Mr. Barton are generating policies through telemarketing, but they look the other way because those agents generate a large number of policies so they feel the risk is worth the reward.

28. Mr. Barton has notified American Family Life Assurance Company and Columbus and American-Amicable Life Insurance Company of Texas of the entities responsible for his unwanted calls, yet these companies continue to do business with the entities responsible.

## II.    BASIS FOR JURISDICTION

29. Plaintiff Nathen Barton is a natural person and resident of Clark County, Washington. Nearly all the acts alleged in this complaint occurred in Clark County, Washington State, during 2025 and the last four years.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

30. Jurisdiction in this court is correct because of where Plaintiff resides, and his residence is a nexus where Plaintiff suffered personal injury and invasion of privacy at the hands of the Defendants.

31. Defendants directed telephone calls to Plaintiff's phone in this district and the Telemarketers and American Family Life Assurance Company and Columbus or American-Amicable Life Insurance Company of Texas were told repeatedly by Barton that he lived in Clark County, Washington.

32. Thus, for many of the calls, Defendants knew or should have known they were calling a consumer located in Clark County of Washington State.

33. And in fact they did know, Barton repeatedly told them in many calls that he lived in Washington State and resided in zip code 98607.

34. All the specifically identified telemarketing phone calls alleged in this complaint were made to one phone number assigned to Plaintiff in exchange for a monthly service fee.

35. Washington State has long held that a party availing themselves of the privilege of conducting activities inside of Washington State is subject to the jurisdiction of Washington State. See *Cofinco of Seattle, Ltd. v. Weiss.*[1]

36. The Defendants need not physically visit Washington.

37. The internet and the telephone allow anyone in one state to do business in all others. In a case decided before "internet" was a word, our Washington Supreme Court recognized that jurisdiction may be established by "affirmative acts taking place here by which the out-of-state resident overtly submits to jurisdiction".

[1] *Cofinco of Seattle v. Weiss*, 25 Wn. App. 195, (Wash. Ct. App. 1980)

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

38. *Griffiths & Sprague Stevedoring Co. v. Bayly, Martin & Fay, Inc.*[2] quoting *Quigley v. Spano Crane Sales & Serv., Inc.*[3]

39. The Defendants initiated or incentivized others to initiate phone call solicitations to Plaintiff and other residents of Washington State, and they a significant fraction of the phone calls would be to Washington State residents, establishing jurisdiction here. *Nixon v. Cohn.*[4]

40. Plaintiff is suing in part under federal statute the Telephone Consumer Protection Act of 1991, known as the TCPA, giving rise to a lawsuit that may be brought in Federal Court pursuant to *Mims v. Arrow Fin. Services, LLC.*[5]

## III. THE PARTIES TO THE LITIGATION

41. Plaintiff Nathen Barton resides at 4618 NW 11th Cir, Camas WA 98607, inside the bounds of Clark County, Washington State.

42. Defendant American Family Life Assurance Company of Columbus ("AFLAC") is a Nebraska company.

43. According to Washington State's Office of the Insurance Commissioner, AFLAC has a mailing address of 1932 Wynnton Road, Columbus Georgia 31999.

44. It is registered in Georgia as a foreign insurance company, domiciled in Nebraska.

45. According to Washington State's Office of the Insurance Commissioner, AFLAC has a registered address of 10306 Regency Parkway Dr, Omaha NE 68114.

46. The Nebraska state government lists AFLAC's registered agent to be Frank J. Barrett of address 10306 Regency Parkway Dr, Omaha NE 68114.

---

2 *Griffiths & Sprague Stevedoring Co. v. Bayly, Martin & Fay, Inc.*, 71 Wn. 2d 679, 684 (Wash. 1967)
3 *Quigley v. Spano Crane Sales Serv*, 70 Wn. 2d 198, 203 (Wash. 1967)
4 *Nixon v. Cohn*, 62 Wn. 2d 987, 995 (Wash. 1963)
5 *Mims v. Arrow Fin. Servs. LLC*, 565 U.S. 368, (2012)

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

47. Defendant American-Amicable Life Insurance Company of Texas ("AA") is Florida company with its corporate address of 425 Austin Ave, Waco TX 76701.

48. According to Florida's Division of Corporations says AA's registered agent is "Chief Financial Officer" at 200 E Gaines St, Tallahassee FL 32399.

49. Defendant Fast & Easy Marketing LLC {"Fast"} is a Florida corporation with principal address 6750 North Andrews Ave Suite 150, Ft Lauderdale FL 33309.

50. Fast's registered agent is Muhammad Ali Janjua with address 6750 North Andrews Ave Suite 150, Ft. Lauderdale FL 33309.

51. Defendant Hegemon Group International LLC ("Hegemon") is a Delaware registered corporation with principal address of 11405 Old Roswell Rd, Alpharetta GA 30009.

52. Hegemon's Georgia registered agent is Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Cornders, GA, 30092.

53. Hegemon's Delaware registered agent is Corporation Service Company, 251 Little Falls Drive, Wilmington DE 19808.

54. Defendant Silver Shield Life LLC ("Silver Shield") is an Indiana corporation with principal office of 1518 Thistle Lane, Fort Wayne, IN 46825.

55. Silver Shield has registered agent Registered Agents Inc, 5534 Saint Joe Road, Fort Wayne IN 46835.

56. Defendant Shawn Akers is a governing person of Silver Shield, with address 1518 Thistle Lane, Fort Wayne, IN 46825.

57. There may be other unknown entities that are also legally responsible for the illegal phone calls initiated to Barton's phone numbers.

58. These are the "Doe" defendants.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

## IV. STATEMENT OF CLAIM

59. Plaintiff is the subscriber of the phone number that received the calls.

60. The phone number is registered in Barton's name and Barton pays for the subscription fees from his personal account.

61. Barton uses the telephone number that received the calls as a residential telephone line.

62. Barton answered each telephone call specifically listed in the Complaint.

63. Plaintiff registered the phone number at issue on the FTC national *do-not-call* registry in 2021.

64. At no time relevant to this lawsuit did Plaintiff consent in writing to any final expense related solicitation calls that contain artificial or pre-recorded speech.

65. All times listed are Pacific Standard Time.

## General Facts

66. Each call The Telemarketers initiated to Barton was for the purpose of encouraging the purchase of final expense "insurance" and related services.

67. American Family Life Assurance Company and Columbus or American-Amicable Life Insurance Company of Texas substantially assisted The Telemarketer to place these calls by giving The Telemarketers a financial incentive to do so, access to their computer systems for pricing and uploading customers, permission to use their business names, and by continuing to do business with The Telemarketers even as they received complaints of unwanted telemarketing from The Telemarketers.

### Monikers

68. The Telemarketer in this case uses the fake monikers "US Funeral Expenses", "American Benefits", and "Senior Benefits".

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

69. This is not an exhaustive list.

70. They use other monikers.

71. A robocall will start with one of these monikers but a live agent will get on the call later and use a different one or will use multiple monikers during the same time.

72. This happens because the live agent that joins the call after the artificial or pre-recorded voice segment doesn't know what the calling script was.

73. Or if the call starts with a live agent they forget what moniker they started with. None of these are registered *d/b/a* names or actual company names, these are generic names The Telemarketers use to hide their identity from the thousands of call recipients who don't want these calls.

74. These calls were placed using a Soundboard – A large number of calls will start with the same artificially or prerecorded voice speaking from a script.

75. The Telemarketer will employ a human listener to hear the call recipient's responses to the script.

76. The human listener will sit in front of a screen displaying different options the artificially or prerecorded voice can say next, and the human listener will pick the best option from those available to move the call forward towards converting the call recipient to a Lead, depending on what the call recipient says.

77. Or if the called party gives an answer the human listener isn't looking for, the human listener will end the call and join a new one.

78. The human listener is also researching the phone number of the called party – is the called party known to be litigious or is the called party giving wrong answers, and if so found, the human listener will end the call.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

79. Because the human listener has options to "voice" depending on what the call recipient says, the Telemarketer may be following a general script, but the exact content of calls can and will vary from call to call as the human chooses the next response from the Soundboard.

80. In this complaint, calls said to be following a specific script will all start the same way, will all be spoken by an identical sounding voice, and generally pulled conversation from the same set of sentences available to the human listener.

**Calling Scripts**

81. Many of the calls The Telemarketers initiated to Mr. Barton used artificial or pre-recorded voice that followed the same script again and again.

82. Because of the sound board technology a call said to be following a script might have small variations, but each script starts out the same, is voiced but the same 'actor", and then evolves depending on the particular call.

83. This script can also vary slightly if the avatar does not get a response it understands.

84. When this happens, the avatar will try to get a response it does understand so it can keep the call going.

85. Plaintiff knows which calls are using pre-recorded or artificially generated voice because they use simple announcement type voice, only can respond appropriately to simple expected responses, respond inappropriately to complicated or unexpected responses, the voice is often glitchy, the voice tone doesn't vary or respond to the caller's tone, the calls sound identical to other calls, and the impersonal nature of each call.

86. They do not have a personalized greeting and the voice passes the call to a live person if it hears anything more than simple or expected responses.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

87. They also do not allow the opt out from future calls by a button press.

88. They also do not identify the caller, or on whose behalf the call was initiated.

**Script A**

89. The Telemarketers used Script A.

90. In this complaint, calls said to be following Script A all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

91. "Hello this is James I am with American Benefits on a recorded line how are you doing today? Great now I am with American Benefits and based on our records I show you may qualify for a state regulated final expense insurance plan that's going to cover 100 percent of funeral, burial, and cremation expenses. Now are you between the ages of 50 and 80 years old? Now to get the best pricing for your age how old are you as of today? Awesome you are qualifying just fine. So let me quickly bring in one of my insurance specialists on the phone and they'll tell you exactly what kind of benefits you qualify for today ok?".

**Script B**

92. The Telemarketers used Script B.

93. In this complaint, calls said to be following Script B all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

94. "Hello this is Alex with American Benefits on a recorded line how are you doing today? I'm calling to inform you about a new low cost final expense insurance plan that's actually going to cover a 100% of your funeral expenses. How old are you? I'm sorry, what was that? Awesome so your qualifying just fine. Let me quickly just bring on one of our insurance specialists here on the line ah they are going to tell you exactly what you are going to be able to qualify for here today alright?"

**Script C**

95. The Telemarketers used Script C.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

96. In this complaint, calls said to be following Script C all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

97. "Hello this is Cindy Jones I'm with American Benefits how are you doing today? Great, now I am with American Benefits and based on our records it show that you may qualify for state regulated final expense insurance plans that's going to cover 100 percent of your funeral, burial, and cremation expense. Are you between the ages of 50 and 80 years old? How old are you?".

**Script D**

98. The Telemarketers used Script D.

99. In this complaint, calls said to be following Script D all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

100. "Hi my name is Chris. How are you doing today? This call is about new low cost, state regulated final expense insurance plan that's gonna cover 100% of your funeral, burial, and cremation expenses. So just for the qualifying purpose, how old are you? Awesome. You're qualifying just fine. So let me quickly bring on one of my insurance specialists on the phone, and they'll tell you exactly what kind of benefits you qualify for today.".

**Script E**

101. The Telemarketers also used Script E.

102. In this complaint, calls said to be following Script E all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

103. "Hi. This is Hannah Walker. I'm with US funeral expenses. How are you doing today? Okay. I'm with US funeral expenses. And based on our records, it shows that you may qualify for a state regulated final expense insurance plan that's gonna cover 100% of your funeral, burial, and cremation expense. How old are you? Okay. Do you smoke or chew tobacco? Great. Have you ever been diagnosed with any major or minor health issues like high blood pressure,

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

diabetes, dementia, or even cancer? Okay. I'm glad to hear that. Hold on just a second. Let me get one of our insurance specialists on the phone. Okay? It will only take a few seconds to connect your call. Please stay with me. Well, I'm actually sitting here in our home office in Phoenix, Arizona. However, we have listed agents available all over the country. How's the weather where you're at? Okay. So let me tell you that we are not changing any prices or relationships that you have right now. Just gonna give you the information as due to the pandemic, the prices have dropped down, and there's additional benefits. So for your future reference, you can just listen to the information. Hold on just a moment for me. Okay? Alright. But before you go, let me inform you, I'm not selling you anything. The reason of my call is just to provide you the information that you qualify for discounts and benefits in low cost state regulated final expense program. Yes. We can certainly send you information. First, my agent will give you some quotes on the discounts and benefits you qualify for, then you'll get everything in the mail. Can I say something? I completely respect that, but these are low cost plans specifically designed for people with low or fixed income. Well, I don't want you to make a decision right away. All I'm asking you to do is look at the options we have here for you. And if we can offer you something that's a little more affordable and maybe give you a little bit better coverage, then we can move forward from there. Okay? Yeah. There may be some companies calling around. I'm pretty sure that wasn't us, though. Now this will only take a few minutes of your time, and I just wanna make sure to get . . .

**Script F**

104. The Telemarketers also used Script F.

105. In this complaint, calls said to be following Script F all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

106. Hi. This is Ada Wilson. I'm with US Funeral Expenses. How are you doing today? I'm calling to inform you about our new low cost final expense insurance plan, which covers funeral, burial, or cremation expenses. So just to qualify you for this program, how old are you? Great. Okay. So all is done here, and it's time for me to show you the information. And for that, I'll get you connected with one of my supervisors, and he will be providing you with all the further incremental details. Alright? Hold on just a second. Let me get one of our insurance specialists on the phone. Okay? Do you smoke or chew tobacco?

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**Script G**

107. The Telemarketers also used Script G.

108. In this complaint, calls said to be following Script G all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

109. Hi. This is Michelle Weills. I'm with US Funeral Expenses. How are you doing today? Okay. I'm with US funeral expenses. And based on our record, it shows that you may qualify for a state regulated finance insurance plan that's gonna cover a 100% of your funeral, burial, and cremation expense. Are you between the ages of 50 to 80? Okay. So in order to actually prequalify you, let me ask you a few questions. So how old are you? Great. This is just to confirm if you qualify for an additional discount. You do qualify for some additional discounts if you're a nonsmoker. Do you smoke or chew tobacco? Okay. Have you ever been diagnosed with any major or minor health issues like high blood pressure, diabetes, dementia, or cancer? Okay. Okay. So all is done here, and it's time for me to show you the information. Hold on just a second. Let me get one of our insurance specialists on the phone. Okay? Hold on just a moment for me. Okay? How's the weather where you're at? I'm glad to hear that. It would only take a few seconds to connect your call. Please stay with me. Are you there? Hold on just a moment for me. Okay? Are you there? Hi. I have a customer on the line who would like to learn more about the final expense program. Please take over.

**Script H**

110. The Telemarketers also used Script H.

111. In this complaint, calls said to be following Script H all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

112. "This is Emily Wilson. I'm with US Funeral Expenses. How are you doing today? Okay. I'm with US Funeral Expenses. And based on our records, it shows that you may qualify for a state regulated final expense insurance plan that's gonna cover 100% of your funeral, burial, and cremation expense. Are you between the ages of 50 and 80 years old? Okay. How old are you? Great. You will get some additional discounts on the premium if you have a checking or

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

savings account. So do you have one or do you have both? Okay. Wonderful. You're qualifying just fine. So let me quickly bring one of our insurance specialists on the phone, and they'll tell you exactly what kind of benefits you qualify for today. Okay? You can do that. Is that okay?"

**Script I**

113. The Telemarketers also used Script I.

114. In this complaint, calls said to be following Script I all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

115. Hey. My name is Eva. How are you doing today? Good. Okay. Well, the purpose of this call is to inform you that the state has recently approved new final expense plans for life insurance. So what it does, it covers the cost of funeral, burial, cremation expenses, and it also give an option to leave some money for your family. So would you like to learn more about . . . Oh, now let me ask you this. Are you between the age of 40 to 80? Great. Now I'm gonna quickly connect you to the product specialist. Stay with me on the line.

**Script J**

116. The Telemarketers also used Script J.

117. In this complaint, calls said to be following Script J all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

118. Hi. This is Julie with Senior Care. How are you today? Great. The reason I'm calling is to let you know of a new state regulated final expense insurance plan that is designed to cover a 100% of your funeral, burial, or cremation expenses. I have a state licensed agent with me on the other line who will let you know how these plans benefit you and your family. To see if you qualify for this plan, would you like to learn more about it? To qualify you for the plan, are you between the age of 40 and 80? Great. Wonderful. Let me get a licensed agent on the line who will give you more information about the program today. Okay?

**Script K**

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

119. The Telemarketers also used Script K

120. In this complaint, calls said to be following Script K all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

121. My name is Brad Anderson. How are you doing today? Okay. Well, the purpose of this call is to let you know that state has recently approved new final expense insurance plans that are gonna cover the cost of your funeral, burial, cremation, or any deaths on obligations such as cost of last year medical bills, god forbid, if something happens to you. Would you like to learn more about it? Let me ask you this. Are you between the ages of 40 to 80? Well, I'm gonna transfer you to my product specialist, so please bear with me on the line.

**Script L**

122. The Telemarketers also used Script L

123. In this complaint, calls said to be following Script L all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

124. Hi. My name is James Parker, and I'm with Senior Care. How are you doing? I'm calling to let you know about a new low cost final expense insurance plan, which is designed to cover 100% of your funeral and burial expenses. So just to make sure that you qualify, how old are you? So do I have your permission to transfer your call to one of my agents so he can assist you better? Even if your phone number is listed on any kind of state or federal do not call list.

**Script M**

125. The Telemarketers also used Script M

126. In this complaint, calls said to be following Script M all started the same way, were all spoken by an identical sounding artificial or prerecorded voice, and used the same set of sentences available to the soundboard operator.

127. Hi. This is Alex with Senior Care. How are you doing today? I'm calling to let you know that you will call primary expense insurance plan, which got 30% of

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

your annual and variable expenses. How old are you? Okay. So that's all good for my side. Now I'm going to ask for your call to one of my senior verification officer, and they will go ahead and assist you.

## American Amicable

128. In 2023, Mr. Barton found out that telemarketers were calling him on behalf of American Amicable.

129. On April 20, 2022, a telemarketer initiated a phone call to Plaintiff from (940) 289 1213.

130. A man got on the line saying "I'm calling you from American Benefits".

131. He went on to pitch final expense insurance.

132. He said "your still residing in the state of Washington, right?".

133. He already knew Plaintiff's name and street address.

134. A "Cody" with the "Verification Department" got on the line and he started pitching final expense insurance.

135. Eventually Cody just ended the call. The callers never identified the entity who placed the call, or on whose behalf the call was placed.

136. On July 12, 2022, a telemarketer initiated a phone call to Plaintiff from (430) 204 5259.

137. In a pre-recorded or artificially generated voice, a man avatar voiced Script A.

138. Then a lady got on the phone and she said the call was about final expense insurance.

139. She asked Barton's age, if Barton already had life insurance, and she went over the benefits of the insurance.

140. Barton asked the lady "is it SelectQuote?" and the lady responded "no sir it is from Senior Benefits".

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

141. Then she asked "so what's your zip code there" and Barton answered "98607". She went on to ask more insurance screening questions, and eventually she wanted to join another agent on the line.

142. She asked if Plaintiff agreed to receive calls and emails in furtherance of getting insurance and Barton answered "I'd talk to someone but I don't want to get on any calling lists".

143. When Barton didn't agree the lady hung up.

144. The lady said "Senior Benefits" because she didn't know the robocall to Barton, subsequently transfer to her, used "American Benefits" and the Telemarketer commonly uses "Senior Benefits" with consumers.

145. On July 13, 2022, The Telemarketer initiated a phone call to Plaintiff from (430) 204 5150.

146. In a pre-recorded or artificially generated voice, James spoke "Script A".

147. Then a man named Mike got on the line to "prequalify" Barton for final expense insurance.

148. Mike told Barton his zip code was 98607.

149. Mike went on to ask life insurance related questions.

150. On August 2, 2022, the Telemarketer initiated two phone calls to Plaintiff from (940) 289 1213.

151. The first call went unanswered but Plaintiff answered the second call.

152. A man got on the line saying "Hey this is Mark Hayden I'm working with American Benefits".

153. He himself seemed unable to recall what name he should give, then saying was from "Senior American Benefits".

154. He went on to pitch final expense insurance.

155. He already knew Barton's zip code was 98607.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

156. He then transferred the call to his "senior specialist" Lance Williams.

157. He also asked insurance related questions. Then he said he would transfer the call to a licensed medicare advisor in Barton's state, but the call ended.

158. On October 5, 2022, the Telemarketer initiated a phone call to Plaintiff from (972) 262 4493.

159. In a pre-recorded or artificially generated voice, a man avatar voiced Script B.

160. Alex suddenly hung up.

161. On October 5, 2022, the Telemarketer initiated a phone call to Plaintiff from (972) 262 4493.

162. In a pre-recorded or artificially generated voice, a lady avatar voiced Script C.

163. Suddenly the call ended.

164. On October 10, 2022, the Telemarketer initiated a phone call to Plaintiff from (972) 260 8622. In a pre-recorded or artificially generated voice, Alex started voicing a variation of Script B.

165. The call ended.

166. On October 20, 2022, the Telemarketer initiated a phone call to Plaintiff from (972) 200 0256.

167. In a pre-recorded or artificially generated voice, James started speaking a variation of Script A.

168. The call ended.

169. On October 26, 2022, the Telemarketer initiated a phone call to Plaintiff from (409) 254 1870.

170. A lady got on the line saying "Hello good day my name is Alex with American Benefits".

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

171. She went on to pitch final expense insurance.

172. She asked insurance related questions like health status, age, beneficiary, address and zip code.

173. Plaintiff told her 98607.

174. She said she would bring her supervisor on the line who would help Plaintiff further.

175. That person came on as a man named Alex.

176. He continued the sales process but then found a reason to end the call.

177. On November 21, 2022, the Telemarketer initiated a phone call to Plaintiff from (409) 262 4208.

178. In a pre-recorded or artificially generated voice, Alex started speaking Script B.

179. This time Alex continued on after the "Script B" dialog: "Now if you chose to take coverage, tell me who would be your beneficiary?  Would it be your son, your daughter, or possibly your spouse?".  Then it sounded like Alex tried to call someone but the dialed number was incorrect.  Then Alex went back to speaking "Just a second.  Do you smoke or chew tobacco?  How's the weather where you're at?  Ok.  I've got one last question for you.  Have you ever been diagnosed with any major or even minor health issues such as Alzheimer's, diabetes, or even cancer?  Ok.  Hold on just a moment for me ok?"

180. The call ended.

181. On November 21, 2022 the Telemarketer initiated a phone call to Plaintiff from (972) 293 8973.

182. In a pre-recorded or artificially generated voice, Alex started speaking a variation on Script B.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

183. Plaintiff called (972) 293 8973 immediately after the call and the telephone system said it wasn't a working phone number.

184. On November 28, 2022, the Telemarketer initiated a phone call to Plaintiff from (470) 710 5790.

185. In a pre-recorded or artificially generated voice, James started speaking a small variation of Script B.

186. The call ended.

187. On December 14, 2022, the Telemarketer initiated a phone call to Plaintiff from (432) 322 3925.

188. In a pre-recorded or artificially generated voice, Alex started speaking a variation on Script B.

189. The call ended.

190. On November 30, 2022, the Telemarketer initiated a phone call to Plaintiff from (281) 805 8713.

191. In a pre-recorded or artificially generated voice, Alex started speaking a small variation of Script B.

192. The call ended.

193. On November 30, 2022, the Telemarketer initiated a phone call to Plaintiff from (432) 322 3833.

194. In a pre-recorded or artificially generated voice, Alex started speaking a variation of Script B.

195. The call ended. Plaintiff called the number back with a temporary phone number and learned the calling number (432) 322 3833 was spoofed.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

196. On December 6, 2022, the Telemarketer initiated a phone call to Plaintiff from (209) 431 1181.

197. A man got on the line saying "Hello good day this is Kevin with American Benefits how are you doing today?"

198. He went on to pitch final expense insurance.  Plaintiff teld Kevin he lived in Washington.

199. Eventually Kevin hung up.

200. On December 8, 2022, the Telemarketer initiated a phone call to Plaintiff from (430) 220 9869.

201. In a pre-recorded or artificially generated voice, Alex started speaking a variation of Script B.

202. The call ended.

203. On December 8, 2022, the Telemarketer initiated a phone call to Plaintiff from (430) 223 0155.

204. In a pre-recorded or artificially generated voice, Alex started speaking a variation of Script B.

205.  The call ended.

206. On January 6, 2023, the Telemarketer initiated a phone call to Plaintiff from +46 975 08 20 59.

207.  In a pre-recorded or artificially generated voice, Alex started speaking a variation of Script B.

208. The call ended.

209. On January 9, 2023, the Telemarketer initiated a phone call to Plaintiff from +46 911 23 78 46.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

210. In a pre-recorded or artificially generated voice, Alex started speaking a variation of Script B.

211. The call ended.

**American Amicable Life Insurance Company of Texas was calling**

212. The Telemarketer started a pattern of initiating phone call to Plaintiff from (209) 431 1181.

- 1 call on December 6, 2022.
- 4 calls on January 3, 2023. One caller identified herself as "Michelle with American Benefits" but hung up shortly after calling.
- 4 calls on January 4, 2023. In one call the caller identified herself as "Kate with American Benefits" but then she said Barton's number was on their DNC list and she hung up. Another caller identified himself as "Aaron with American Benefits". Aaron ended the call.
- 1 call on January 9, 2023. It was "Kate with American Benefits" again and again she said Barton's number was on their DNC list and she hung up.

213. None of these callers identified the company they were calling from or who they were calling on behalf of.

214. They call a phone number and then after calling it they check if it is on their DNC list.

215. Plaintiff realized the same calling number probably meant that it was a real number.

216. Someone other than Barton ("Jane Doe") called the (209) 431 1181 number from a temporary phone number and spoke with a phone agent.

217. The people at this phone number were salesmen for final expense insurance.

218. Jane Doe spoke with "Allan" who sold her a final expense insurance policy.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

219. He identified himself as an insurance agent for "American Amicable Life Insurance Company of Texas".

220. He sold Jane Doe a final expense insurance policy from American Amicable Life Insurance Company of Texas.

221. After the purchase, Mr. Barton told American Amicable Life Insurance Company of Texas in early 2023 to please put his phone number on their do not call list.

222. Through the time frame of the filing of this lawsuit, Mr. Barton continues to be plagued with callers identifying themselves as "Senior Benefits" and "American Benefits".

223. On September 16, 2024, Mr. Barton emailed consumercomplaints@americanamicable.com from bluewind33@protonmail.com with the following complaint:

224. Hello,

I have been getting lots of unwanted calls pitching final expense / life insurance.  Today I found out a source of them is https://hgicrusade.com/ Hegemon Group International.

The initial caller is looking to transfer the call to one of their agents, and their agent pitched me insurance from your company.  I don't want these calls, please don't work with agents who call numbers on the FTC's do-not-call list.  Please make sure anyone working with you who in turn hires telemarketers does not let telemarketers call my (972) 207 5749 number.

Nathen

225. Mr. Barton emailed American Amicable because that day he had received a phone call pitching American Amicable's insurance from an agent of Hegemon Group International.

226. On 6/22/2025, Hegemon Group International's website https://hgicrusade.com/strategies lists American Amicable as a partner, using American Amicable's logo.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

227. Hegemon Group International does this with American Amicable's permission.

228. American Amicable did not investigate Mr. Barton's complaint and allowed Hegemon Group International to continue telemarketing American Amicable's final expense insurance.

229. Mr. Barton has received hundreds of calls from "Hi my name is Chris", "Senior Care", "Senior Benefits" and "American Benefits" and these callers were calling for American Amicable.

230. The callers were working for American Amicable, or in the alternative the callers had the apparent or implied authority to call on American Amicable's behalf, and American Amicable ratified the calls by selling Jane Doe a policy via the phone number provided by the unwanted callers.

## American Family Life Assurance Company of Columbus

231. On 2/3/2025, a Telemarketer sold Mr. Barton an AFLAC FEI policy.

232. AFLAC later identified the specific person who sold Mr. Barton the AFLAC policy as a Waqas Qureshi with telephone number 704 324 3001 and address 1518 Primrose Lane Wellington FL 33414.

233. Phone number 704 324 3001 belongs to Fast & Easy Marketing LLC.

234. A call to that number on 6/22/2025 was greeted with the message "Thank you for calling US Funeral Expenses our office is currently closed our normal office hours are 8am to 7pm eastern standard time Monday to Friday".

235. Fast & Easy Marketing LLC is the telemarketer that sold Mr. Barton the AFLAC policy.

236. On March 4, 2025, Mr. Barton reached out to two attorneys working for ALFAC, Frank Nolan and Kymberly Kochis, and asked them:

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

237. Hello,

I am hoping you folks can help me as I see you represent AFLAC on a different unwanted call case. I've been getting some unwanted final expense insurance calls lately so I went to see who they were calling for and they sold me a policy for AFLAC (attached).

Can you have someone at AFLAC cancel this policy? I only purchased it to see who was calling, and can you make sure you have (972) 207-5749 on AFLAC's do not call list?

Thank you,

Nathen

238. On March 10, 2025, Mr. Nolan emailed back: I have shared your email with my client. They are gathering information and I or they will be in touch.

239. Mr. Barton received further solicitation for AFLAC.

240. Mr. Barton has received hundreds of calls from “US Funeral Expenses”, “Senior Benefits” and “American Benefits” and these callers were calling for AFLAC.

241. The callers were working for AFLAC, or in the alternative the callers had the apparent or implied authority to call on AFLAC’s behalf, and AFLAC ratified the calls by selling Mr. Barton a policy.

**A List of Calls**

242. The following is a list of calls received by Mr. Barton.

243. It is not an exhaustive list, but serves to provide evidence of calls to support the factual allegations in this lawsuit.

244. “WA” denotes that on that call Mr. Barton told the caller he resided in Washington State, or in Zip code 98607, or both, or that the caller told Mr. Barton that the caller already knew Mr. Barton resided in Washington State.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

245. “DNC” denotes that Mr. Barton told the caller not to call his phone number again, or the caller told Mr. Barton that his number was already on the callers do-not-call list.

246. Phone number denotes the caller id the caller was transmitting, but will the exception of one calling number, the rest of the calls were transmitted with a fake calling number.

| # | Date | Phone # | Script | WA | DNC | Notes |
|---|---|---|---|---|---|---|
| 1 | 4/20/2022 | 940 289 1213 | Voice | ✓ | | Caller said from American Benefits, selling FEI |
| 2 | 7/12/2022 | 430 204 5259 | A | ✓ | ✓ | Caller said from Senior Benefits, selling FEI |
| 3 | 7/13/2022 | 430 204 5150 | A | ✓ | | |
| 4 | 8/2/2022 | 940 289 1213 | A | ✓ | | Mark said from American Benefits, selling FEI |
| 5 | 10/5/2022 | 972 262 4493 | B | | | |
| 6 | 10/5/2022 | 972 262 4493 | C | | | |
| 7 | 10/10/2022 | 972 260 8622 | B | | | |
| 8 | 10/20/2022 | 972 200 0256 | A | | | |
| 9 | 10/26/2022 | 409 254 1870 | Voice | ✓ | | Alex said from American Benefits, selling FEI |
| 10 | 11/21/2022 | 409 262 4208 | B | | | |
| 11 | 11/21/2022 | 972 293 8973 | B | | | |
| 12 | 11/28/2022 | 470 710 5790 | B | | | |
| 13 | 11/30/2022 | 281 805 8713 | B | | | |
| 14 | 11/30/2022 | 432 322 3833 | B | | | |
| 15 | 12/6/2022 | 209 431 1181 | Voice | ✓ | | Kevin said from American Benefits, selling FEI |
| 16 | 12/8/2022 | 430 220 9869 | B | | | |
| 17 | 12/8/2022 | 430 223 0155 | B | | | |
| 18 | 12/13/2022 | 361 282 6793 | Voice | | | Michael from Senior Care selling FEI |
| 20 | 12/14/2022 | 432 322 3925 | B | | | |
| 21 | 1/3/2023 | 209 431 1181 | Voice | | | Caller said Michelle with American Benefits |
| 22 | 1/3/2023 | 209 431 1181 | Voice | | | |
| 23 | 1/3/2023 | 209 431 1181 | Voice | | | |
| 24 | 1/3/2023 | 209 431 1181 | Voice | | | |
| 25 | 1/4/2023 | 209 431 1181 | Voice | | ✓ | Kate said she was with American Benefits |
| 26 | 1/4/2023 | 209 431 1181 | Voice | | | |
| 27 | 1/4/2023 | 209 431 1181 | Voice | | | |
| 28 | 1/4/2023 | 209 431 1181 | Voice | | | Aaron said he was with American Benefits |
| 29 | 1/6/2023 | 46 975 08 20 59 | B | | | |

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | 1/9/2023 | 46 911 23 78 46 | B | | | |
| 31 | 1/9/2023 | 209 431 1181 | Voice | | ✓ | Kate said she was with American Benefits |
| 32 | 3/16/2023 | 469 382 5701 | J | | | |
| 33 | 5/23/2023 | 972 817 8696 | Voice | | ✓ | Michael said he was from Senior Care |
| 34 | 7/18/2023 | 972 200 0129 | H | | | Caller said from American Benefits |
| 35 | 7/20/2023 | 302 597 6148 | H | | | Caller said from Senior Benefits |
| 36 | 7/24/2023 | 972 206-6519 | L | | | |
| 37 | 7/24/2023 | 972 587 5184 | L | | | |
| 38 | 8/18/2023 | 430 202 5521 | Voice | | | Chris said he was with Senior Care, selling FEI |
| 39 | 8/21/2023 | 469 899 8366 | M | | | |
| 40 | 8/29/2023 | 281 535 2278 | Voice | | | Rene said she was with Senior Care |
| 41 | 8/31/2023 | 972 207 9875 | H | | | |
| 42 | 9/5/2023 | 972 514-8643 | H | | | |
| 43 | 9/5/2023 | 972 514 8643 | H | | | |
| 44 | 9/11/2023 | 469 572 9800 | M | | | |
| 45 | 9/11/2023 | 469 657 7836 | M | | | |
| 46 | 9/11/2023 | 469 868 2511 | M | ✓ | | |
| 47 | 9/11/2023 | 469 901 1280 | M | | | Michael Stein said he was calling me from Senior Benefits. He was selling FEI. |
| 48 | 9/11/2023 | 469 941 6396 | M | | | |
| 49 | 9/12/2023 | 469 752 6090 | M | ✓ | | |
| 50 | 9/19/2023 | 407 379 5353 | H | | | |
| 51 | 10/3/2023 | 207 306 4206 | H | | | |
| 52 | 10/3/2023 | 339 220 6152 | H | | | |
| 53 | 10/6/2023 | 469 378 9949 | Voice | | ✓ | Sam said he was from Senior Care, selling FEI. |
| 54 | 10/6/2023 | 469 395 6700 | Voice | | ✓ | Caller said he was from Senior Care, selling FEI. |
| 55 | 10/19/2023 | 405 267 9424 | H | ✓ | | |
| 56 | 10/20/2023 | 972 264 3240 | H | | | |
| 57 | 10/23/2023 | 972 393 5850 | H | ✓ | | |
| 58 | 11/15/2023 | 360 942 0407 | Voice | | | Caller said from US Funeral Expenses, selling FEI. |
| 59 | 12/20/2023 | 360 537-0039 | I | | | Sam said he was from Senior Care, selling insurance |
| 60 | 2/26/2024 | | I | | | Zach got on the line, said he was with Senior Care and was selling FEI |

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | 3/21/2024 | | K | | | Zach got on the line, said he was with Senior Care and was selling FEI |
| 62 | 5/6/2024 | 516 566 0206 | D | | ✓ | |
| 63 | 7/2/2024 | | G | ✓ | | Caller said from US Funeral Expenses, selling FEI. |
| 64 | 8/13/2024 | 727 325 6833 | Voice | ✓ | | Jason said he was calling from Senior Care, selling FEI |
| 65 | 8/20/2024 | 620 826 0013 | D | | ✓ | |
| 66 | 8/24/2024 | 972 265 4835 | G | ✓ | | Caller said from US Funeral Expenses, selling FEI. |
| 67 | 9/11/2024 | 469 930 5563 | D | | ✓ | |
| 68 | 9/16/2024 | 972 280-5128 | Voice | ✓ | ✓ | Agent for Hegemon Group International said he was calling for "Senior Care". Was selling FEI for American Amicable. |
| 69 | 10/2/2024 | 225 350 3915 | L | | ✓ | Steve said he was from Senior Care, selling FEI |
| 70 | 11/21/2024 | 978 393 4074 | D | | | |
| 71 | 1/8/2025 | 972 306 0920 | D | | | Shawn Akers of Silver Shield Life sold me an American Amicable FEI policy |
| 72 | 1/8/2025 | 260 305 1401 | Voice | | | Shawn Akers following up on the policy he just sold me. |
| 73 | 1/9/2025 | 865 565 6339 | D | | | |
| 74 | 1/30/2025 | 972 782 7555 | H | | | |
| 75 | 2/3/2025 | 972 379 3629 | Voice | ✓ | | Caller said from American Benefits. Pitched FEI from American Amicable and AFLAC by name, |
| 76 | 2/3/2025 | 360 263 4785 | Voice | | | Follow up call, agent was selling FEI for AFLAC. |
| 77 | 2/5/2025 | 972 685 4178 | D | ✓ | | |
| 78 | 2/11/2025 | 972 263 6546 | D | | | |
| 79 | 2/11/2025 | 972 264 3240 | D | | | |
| 80 | 2/13/2025 | 972 349 7575 | H | | | |
| 81 | 2/26/2025 | 985 304 8016 | Voice | | ✓ | Calling about AFLAC FEI |
| 82 | 3/25/2025 | 972 663 5901 | D | | | |
| 83 | 4/14/2025 | 972 646 2443 | D | | | |
| 84 | 4/14/2025 | 972 848 8827 | D | | ✓ | |
| 85 | 4/21/2025 | 972 246 8654 | F | | | |
| 86 | 4/23/2025 | 972 268 9263 | F | | | |
| 87 | 4/24/2025 | 972 366 2786 | E | | | |

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | 4/28/2025 | 972 316 1747 | E | | | |
| 89 | 5/8/2025 | 972 787 5465 | E | | ✓ | |
| 90 | 5/28/2025 | 972 362 5855 | D | | | |
| 91 | 6/13/2025 | 325 273 9995 | D | | ✓ | $100 rebate |
| 92 | 6/16/2025 | 972 764 2867 | E | | | Caller said from US Funeral Expenses, selling FEI |
| 93 | 6/16/2025 | 346 398 8737 | D | | | |
| 94 | 6/16/2025 | 737 355 9745 | D | | | |
| 95 | 6/16/2025 | 972 764 2867 | E | ✓ | ✓ | Caller pitched FEI from AFLAC and American Amicable. |

247.

## Fast & Easy Marketing LLC

248. Fast & Easy Marketing hired or is the telemarketer using the moniker "American Benefits" on the phone to sell FEI.

249. They or the telemarketer they hired uses the moniker "Senior Benefits" so much that their phone agents use them interchangeably.

250. Fast & Easy Marketing knows who Mr. Barton is, knows his phone number, knows Mr. Barton has repeatedly told them to stop calling, and continues calling for the purposes of telephone solicitation anyway.

251. Fast & Easy Marketing is liable for all the telephone solicitation calls Mr. Barton received that used the monikers "American Benefits" or "Senior Benefits"

## Silver Shield Life LLC. and Shawn Akers

252. These two defendants hired a Telemarketer to use Script D to call Mr. Barton on their behalf and continue to hire this Telemarketer to call Mr. Barton on their behalf.

253. These two defendants gave the Telemarketer the apparent authority or the implied authority to initiate solicitation calls to Mr. Barton on behalf of these two defendants.

## Hegemon Group International LLC

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

254. This defendant hired a Telemarketer who goes by the moniker "Senior Care" to call Mr. Barton on their behalf and continue to hire this telemarketer to call Mr. Barton on their behalf.

255. This defendant gave the Telemarketer the apparent authority or the implied authority to initiate solicitation calls to Mr. Barton on behalf of this defendant.

**These calls are Annoying**

256. The phone ringing and listening to pre-recorded or artificial voice calls where it takes time and annoyance to talk to a live person is obnoxious, an invasion of privacy, a trespass into Plaintiff's property and seclusion, and a waste of time.

257. Answering the phone takes time that could be spent doing other things, and these calls do have a real, if small, cost in electricity and life of the phone.

258. Trying to figure out who is behind the calls is obnoxious and costs Barton time.

259. These phone calls were initiated to encourage Plaintiff to purchase goods or service.

## V. RELIEF

**Federal Claims - TCPA 47 U.S.C. 227 & 47 C.F.R § 64.1200 & 47 CFR § 64.1601**

**Count 1**

260. Defendants violated 47 U.S.C. 227(b) by calling Plaintiff's cellular telephone while using an artificial or prerecorded voice. No exception under 47 C.F.R § 64.1200, or 47 U.S.C. 227 applies to their calls.

**Count 2**

261. Defendants violated the regulations governing the TCPA, 47 C.F.R § 64.1200, and TCPA 47 U.S.C. 227(c) by making telephone solicitations to Plaintiff's cellular telephone numbers

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

while the numbers were registered on the FTC's National do-not-call registry. No exception under 47 C.F.R § 64.1200, or 47 U.S.C. 227 applies to their calls.

**Count 3**

262. Defendants violated 47 C.F.R § 64.1200(a)(7) by abandoning more than 3 percent of their artificial or prerecorded voice telemarketing calls to Barton.

263. In the majority of calls initiated to Plaintiff by the Telemarketer, or on the Telemarketer's behalf, where Plaintiff answered a ringing telephone and timed how long it took for the entity behind the call to start 'speaking', the calls did not meet the two second requirement.

264. In the abandoned calls, Defendants violated 47 C.F.R § 64.1200(a)(7)(i)(A) and (B).

**Count 5**

265. Defendants violated 47 C.F.R. § 64.1200(b) "All artificial or prerecorded voice telephone messages shall" (1) by failing to comply with:

> "At the beginning of the message, state clearly the identity of the business, individual, or other entity that is responsible for initiating the call. If a business is responsible for initiating the call, the name under which the entity is registered to conduct business with the State Corporation Commission (or comparable regulatory authority) must be stated;"

266. Defendants violated 47 C.F.R. § 64.1200(b) "All artificial or prerecorded voice telephone messages shall" (2) by failing to comply with:

> "During or after the message, state clearly the telephone number (other than that of the autodialer or prerecorded message player that placed the call) of such business, other entity, or individual. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long distance transmission charges. For telemarketing messages to residential telephone subscribers, such telephone number must permit any individual to make a do-not-call request during regular business hours for the duration of the telemarketing campaign; and"

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

267. Defendants violated 47 C.F.R. § 64.1200(b) "All artificial or prerecorded voice telephone messages shall" (3) by failing to comply with:

> "In every case where the artificial or prerecorded voice telephone message includes or introduces an advertisement or constitutes telemarketing and is delivered to a residential telephone line or any of the lines or telephone numbers described in paragraphs (a)(1)(i) through (iii), provide an automated, interactive voice- and/or key press-activated opt-out mechanism for the called person to make a do-not-call request, including brief explanatory instructions on how to use such mechanism, within two (2) seconds of providing the identification information required in paragraph (b)(1) of this section."

268. The Telemarketer did not provide the identification information required in paragraph (b)(1) and thus did not provide an opt out mechanism within two seconds of it.

**Count 6**

269. Defendants violated 47 C.F.R. § 64.1200(d)(4) "All artificial or prerecorded voice telephone messages shall" (3) by failing to comply with:

> "Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted."

270. With few exceptions the defendants did not "provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted" on any call.

**Court 7**

271. Defendants violated 47 CFR § 64.1601(e).

272. In almost all calls the callers transmitted fake calling numbers.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

273. In all calls the callers had the ability to transmit the name of the telemarketer and intentionally chose not to.

## Washington State Claims

### Count 8

### RCW 80.36.390 – Prior to July 23, 2023

274. Washington State RCW 80.36.390(2) said

275. A person making a telephone solicitation must identify him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call.

276. In many calls the defendants failed to identify the company on whose behalf the solicitations were being made within the first 30 seconds of the phone calls.

### Count 9

277. Washington State RCW 80.36.390(6) said

278. If, at any time during the telephone contact, the called party states or indicates that he or she does not want to be called again by the telephone solicitor or wants to have his or her name, individual telephone number, or other contact information removed from the telephone lists used by the telephone solicitor:

(c) The telephone solicitor shall not make any additional telephone solicitation of the called party at any telephone number associated with that party within a period of at least one year;

279. The Defendants repeatedly continued to call Plaintiff even after being told on a phone call that Plaintiff did not want to be called again or wanted his number removed from their calling list.

### RCW 80.36.390 – On or after July 23, 2023

### Count 10

280. Washington State RCW 80.36.390(3) now says

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

281. A person making a telephone solicitation must identify him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first seconds of the telephone call.

282. Defendants failed to identify themselves and the purpose of the call as required legally during the first 30 seconds of the phone calls.

**Count 11**

283. Washington State RCW 80.36.390(6) now says

284. If, at any time during the telephone contact, the called party states or indicates they want to end the call, the telephone solicitor must end the call within 10 seconds.

285. Barton repeatedly asked for no more calls and to be removed from their calling list / be placed on their *do not call* list, and the Defendants ignored those requests and continued calling Barton.

**Count 12**

286. Washington State RCW 80.36.390(7) now says

287. If, at any time during the telephone contact, the called party states or indicates that he or she does not want to be called again by the telephone solicitor or wants to have his or her name, individual telephone number, or other contact information removed from the telephone lists used by the telephone solicitor:

(a) The telephone solicitor shall inform the called party that his or her contact information will be removed from the telephone solicitor's telephone lists for at least one year;

(b) The telephone solicitor shall end the call within 10 seconds;

(c) The telephone solicitor shall not make any additional telephone solicitation of the called party at any telephone number that the called party has requested be removed from the solicitor's telephone lists for a period of at least one year;

288. In many calls, after information the Telemarketer that he did not want to be called again or wanted his phone number removed from their calling list, the Telemarketer did not end the call within 10 seconds, inform Barton that his contact information would be removed for at

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

least one year, and often the Telemarketer did again call Barton at the same phone number within one year.

**Count 13**

289. Washington State RCW 80.36.390(8) now says

290. A telephone solicitor shall not place calls to any person which will be received before 8:00 a.m. or after 8:00 p.m. at the call recipient's local time.

291. The telemarketer placed phone calls to Barton before 8am but after 8pm.

**Count 14**

292. Washington State RCW 80.36.390(9) now says

293. No person may initiate, or cause to be initiated, a telephone solicitation to a telephone number registered on the do not call registry maintained by the federal government pursuant to telephone consumer protection act, 47 U.S.C. Sec. 227 and related regulations, as currently enacted or subsequently amended. This subsection applies to all telephone solicitation intended to be received by telephone customers within the state.

294. The Defendants initiated many calls to Barton's cell phone numbers while they were registered on the do not call registry maintained by the federal government pursuant to telephone consumer protection act, 47 U.S.C. Sec. 227 and related regulations.

295. They did so knowing that Barton resided in the 98607 zip code.

**Count 15**

296. Washington State RCW 80.36.390(10) now says

297. It is unlawful for a person to initiate, or cause to be initiated, a telephone solicitation that violates 47 U.S.C. Sec. 227(e)(1), as currently written or as subsequently amended or interpreted by the federal government. This subsection applies to all telephone solicitation intended to be received by telephone customers within the state.

298. The Defendants knowingly initiated many calls to Barton's cell phone numbers while transmitting misleading or inaccurate caller identification information with the intent to defraud, cause harm, or wrongfully obtain anything of value from Barton.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

299. They did so knowing that Barton resided in the 98607 zip code.

**RCW 80.36.400**

**Count 16**

300. Washington State RCW 80.36.400(2) states:

> "No person may use an automatic dialing and announcing device for purposes of commercial solicitation. This section applies to all commercial solicitation intended to be received by telephone customers within the state."

301. The Defendants used an automatic dialing device to initiate all the robocalls described above to Barton's phone numbers.

302. The Defendants used an automatic dialing and announcing device to initiate all the robocalls described above to Barton's phone numbers and then play artificial or prerecorded voice if and when the call was answered

303. Defendants violated Washington State RCW 80.36.400(2) many times by calling Plaintiff's cellular telephone number without consent, while using an automatic dialing and announcing device for commercial solicitation.

304. RCW 80.36.400 defines "Commercial solicitation means the unsolicited initiation of a telephone conversation for the purpose of encouraging a person to purchase property, goods, or services."

**Treble Damages**

305. Plaintiff believes the record shows that Defendants' violations of the law were willful or knowing.

306. Mr. Barton frequently ask them to stop calling and they ignored the requests.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

307. The Defendants failed to identify themselves within 30 seconds, abandoned almost every call, robocalled without consent, spoofed calling numbers, and repeatedly told Barton to his face they knew he was on the *do-not-call* list.

308. Even knowing he was on the *do-not-call* list, the Defendants called him again and again.

309. They have been sued before yet still ignore telemarketing laws.

310. Therefore, Plaintiff asks for treble damages under TCPA 47 U.S.C. 227(c) and TCPA 47 U.S.C. 227(b), and the presumption that violations of RCW 80.36.400 are awarded triple damages under the Washington State Unfair Business Practices Act RCW 19.86.

**Injunctive Relief**

311. TCPA 47 U.S.C. 227(b) and (c) allows an action based on a violation of the regulations prescribed under this subsection to enjoin such violation.

312. Plaintiff is not unique – he simply had the misfortune to be targeted by Defendants' mass calling machine.  It is reasonable to believe that Defendants have done this many times in the past and will continue harming the residents of this State and other States in the future.

313. Plaintiff asks this Court to enjoin the Defendants from calling phone numbers using pre-recorded or artificial voices without consent.  He also asks the Court to enjoin the Defendants from calling numbers on the FTC *do-not-call* registry without consent.

**All Possible Statutory Damages**

314. Plaintiff prays for all possible statutory damages and costs that he might entitled too.  Examples might be, but are not limited to, court costs, attorney fees (should he retain an attorney to represent him in this lawsuit), pre-judgement interest, and post-judgement interest.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Signed at Camas, WA on June 23, 2025.

(Nathen Barton)

Nathen Barton
BlueWind33@ProtonMail.com
(360) 241-7255
4618 NW 11th Cir
Camas WA 98607