The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, FAST & EASY MARKETING LLC, HEGEMON GROUP INTERNATIONAL LLC, SILVER SHIELD LIFE LLC, SHAWN AKERS, AND JOHN DOE 1-10,<br><br>Defendants. | NO. 3:25-cv-05671-SKV<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, submits the following Corporate Disclosure Statement in connection with the above-captioned action:

1. American Family Life Insurance Company of Columbus ("Aflac") is a wholly owned subsidiary of Aflac, Inc. Aflac, Inc. is a publicly traded company on the New York Stock Exchange (ticker symbol: AFL), with no parent company or publicly held company owning 10% or more of its shares.

/ / /

/ / /



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

DATED this 1st day of August, 2025.

By */s/ Kristin Nealey Meier*

Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com

Francis X. Nolan, IV (*PHV Forthcoming*)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703
T: (212) 389-5083
franknolan@eversheds-sutherland.com

Attorneys for Defendant AFLAC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 1st day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generates a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. Additionally, I served a copy of the above and foregoing to the following:

**VIA EMAIL**

Mark R. Euler
Integrity, LLC
1445 Ross Avenue, 40th Floor,
Dallas, Texas 75202
Email: mark.euler@integritymarketing.com
*Attorney for Hegemon*

**VIA REGULAR US MAIL**

Silver Shield LLC
ATTN: Registered Agents, Inc.
5534 Saint Joe Road
Fort Wayne, IN 46835

Fast & Easy Marketing LLC
ATTN: Muhammad Ali Janjua
6750 North Andrews Ave, Suite 150
Ft. Lauderdale, FL 33309

Shawn Akers
1518 Thistle Lane
Fort Wayne, IN 46825

A Henderson

Angie Henderson, Legal Assistant
henderson@ryanlaw.com



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224