The Honorable S. Kate Vaughan

Attorney for Defendant
AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, FAST & EASY MARKETING LLC, HEGEMON GROUP INTERNATIONAL LLC, SILVER SHIELD LIFE LLC, SHAWN AKERS, AND JOHN DOE 1-10,<br><br>Defendants. | No. 3:25-cv-05671-SKV<br><br>DEFENDANT AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS' CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable") submits the following Corporate Disclosure Statement in connection with the above-captioned action.

American-Amicable is not a publicly owned company. American-Amicable is a wholly owned subsidiary of Pioneer Security Life Insurance Company, a Texas life insurance company. Pioneer Security Life Insurance Company is a wholly owned subsidiary of IA American Life Insurance Company, also a Texas life insurance company. IA American Life Insurance Company



NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
424.221.7402

is a wholly owned subsidiary of IA American Holdings Inc., a Delaware corporation. IA American Holdings Inc. is a wholly owned subsidiary of Industrial Alliance Insurance and Financial Services Inc., a Quebec life and health insurance company. Industrial Alliance Insurance and Financial Services Inc. is wholly owned by iA Financial Corporation Inc., a Quebec holding corporation that is publicly traded on the Toronto Stock Exchange under the ticker IAG.

Dated: August 4, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*s/Christopher S. Marks*

Christopher S. Marks, WSBA #28634
Attorney for Defendant
AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS



NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
424.221.7402

## CERTIFICATE OF SERVICE

I certify that on August 4, 2025August 4, 2025, a copy of the foregoing document was served on all parties as stated below. This firm is counsel for Defendant American-Amicable Life Insurance Company of Texas and will have copies of the original of this document as well.

**Via Email**

Nathen Barton
4618 NW 11th Cir.
Vancouver, WA 98607
Email: farmersbranch2014@gmail.com

*Plaintiff Nathen Barton (pro se)*

**Via Email**

Kristin Nealey Meier, WSBA 33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
Telephone: (206) 464-4224
Email: kmeier@ryanlaw.com

*Attorney for Defendant, AFLAC*

**Via Email**

Frank X. Nolan, IV (Admitted Pro Hac Vice)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 389.5083
Email franknolan@eversheds-sutherland.com

*Attorney for Defendant, AFLAC*

**Via Email**

Mark R. Euler
Integrity, LLC
1445 Ross Avenue, 40th Floor,
Dallas, Texas 75202
Email: mark.euler@integritymarketing.com

*Attorney for Defendant, Hegemon*

**Via Regular Mail**

Fast & Easy Marketing LLC
ATTN: Muhammad Ali Janjua
6750 North Andrews Ave, Suite 150
Ft. Lauderdale, FL 33309

**Via Regular Mail**

Silver Shield LLC
ATTN: Registered Agents, Inc.
5534 Saint Joe Road
Fort Wayne, IN 46835

**Via Regular Mail**

Shawn Akers
1518 Thistle Lane
Fort Wayne, IN 46825

Signed at Los Angeles, California on August 4, 2025.

s/Lissette M. Fernandez
NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone: 424.221.7470
Email: lissette.fernandez@nelsonmullins.com