The Honorable S. Kate Vaughan

Attorney for Defendant
AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, FAST & EASY MARKETING LLC, HEGEMON GROUP INTERNATIONAL LLC, SILVER SHIELD LIFE LLC, SHAWN AKERS, AND JOHN DOE 1-10,<br><br>Defendants. | Case No. 3:25-cv-05671-SKV<br><br>AMERICAN-AMICABLE'S ANSWER<br><br>(Jury Trial Demanded) |

Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable"), by and through its undersigned counsel, hereby submits its Answer in response to Plaintiff's Complaint and states as follows:

## GENERAL DENIAL

As a threshold matter, each and every allegation in the Complaint is expressly denied unless specifically admitted, qualified or explained herein.

///

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

## INTRODUCTION

1. Paragraph 1 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and therefore, denies the same.

2. Paragraph 2 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore, denies the same.

3. Paragraph 3 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore, denies the same.

4. Paragraph 4 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore, denies the same.

5. Paragraph 5 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5, and therefore, denies the same.

6. Paragraph 6 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6, and therefore, denies the same.

7. Paragraph 7 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore, denies the same.

8. Paragraph 8 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

9. Paragraph 9 does not require a response from American-Amicable. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and therefore, denies the same.

10. Paragraphs 10 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), and associated regulation 47 C.F.R. § 64.1200(f)(10), which speak for themselves, and denies any remaining allegation in Paragraph 10.

11. Paragraph 11 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to the TCPA and associated regulation 47 C.F.R. § 64.1200(f)(10), which speak for themselves, and denies any remaining allegation in Paragraph 11.

12. Paragraph 12 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to 47 C.F.R. § 64.1200(f)(12), which speaks for itself, and denies any remaining allegation in Paragraph 12.

13. Paragraph 13 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to 47 C.F.R. § 64.1200(f)(12), which speaks for itself, and denies any remaining allegation in Paragraph 13.

14. Paragraph 14 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore, denies the same.

15. Paragraphs 15 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore, denies the same.

16. Paragraph 16 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

17. Paragraph 17 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore, denies the same.

18. Responding to Paragraph 18, American-Amicable acknowledges that Plaintiff refers to Fast & Easy Marketing LLC ("Fast & Easy"), Hegemon Group International LLC ("Hegemon"), Silver Shield Life LLC ("Silver Shield"), and Shawn Akers ("Akers") as "The Telemarketers" throughout the Complaint and denies any remaining allegation in Paragraph 18.

19. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and therefore, denies the same.

20. Paragraph 20 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to 47 C.F.R. § 64.1200(f)(10), which speaks for itself, and denies any remaining allegation in Paragraph 20.

21. American-Amicable denies the allegations in Paragraph 21.

22. American-Amicable denies the allegations in Paragraph 22 that allege that Telemarketers placed calls to Plaintiff and maintained his phone number until they could sell Plaintiff and people like him a final expense policy through American-Amicable. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraphs 22, and therefore, denies the same.

23. American-Amicable denies the allegations in Paragraph 23 that allege that it facilitated the phone calls to Plaintiff. The allegations in Paragraph 23 concerning Defendant American Family Life Assurance Company of Columbus ("AFLAC") do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning AFLAC, and therefore, denies the same.

24. American-Amicable denies the allegations in Paragraph 24 that allege that it facilitated the phone calls to Plaintiff. The allegations in Paragraph 24 concerning Defendant AFLAC do not



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning AFLAC, and therefore, denies the same.

25. American-Amicable denies the allegations in Paragraph 25 concerning American-Amicable. The allegations in Paragraph 25 concerning Defendant AFLAC do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning AFLAC, and therefore, denies the same.

26. American-Amicable denies the allegations in Paragraph 26 concerning American-Amicable. Further responding, American-Amicable states that, upon information and belief, the Telemarketers did not place any of the alleged calls to Plaintiff. The allegations in Paragraph 26 concerning Defendant AFLAC do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning AFLAC, and therefore, denies the same.

27. American-Amicable denies the allegations in Paragraph 27 concerning American-Amicable. The allegations in Paragraph 27 concerning Defendant AFLAC do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning AFLAC, and therefore, denies the same.

28. American-Amicable admits only so much of the allegations in Paragraph 28 as allege that Plaintiff notified American-Amicable of certain calls he received. American-Amicable incorporates by reference the written communications with Plaintiff and denies any allegations in Paragraph 28 inconsistent therewith. American-Amicable denies the remaining allegations in Paragraph 28 concerning American-Amicable. The allegations in Paragraph 28 concerning Defendant AFLAC do not require a response from American-Amicable, but to the extent a response



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning AFLAC, and therefore, denies the same.

**<u>JURISDICTION</u>**

29. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and therefore, denies the same.

30. The allegations in Paragraph 30 regarding whether jurisdiction is proper call for a legal conclusion to which no response is necessary. American-Amicable denies the allegations in Paragraph 30 that allege that Plaintiff suffered personal injury and invasion of privacy at the hands of American-Amicable. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 30, and therefore, denies the same.

31. American-Amicable denies the allegations in Paragraph 31 concerning American-Amicable. The allegations in Paragraph 31 concerning the other Defendants do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other Defendants, and therefore, denies the same.

32. American-Amicable denies the allegations in Paragraph 32 concerning American-Amicable. The allegations in Paragraph 32 concerning the other Defendants do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other Defendants, and therefore, denies the same.

33. American-Amicable denies the allegations in Paragraph 33 concerning American-Amicable. The allegations in Paragraph 33 concerning the other Defendants do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other Defendants, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

34. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and therefore, denies the same.

35. Paragraph 35 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to *Cofinco of Seattle. v. Weiss*, 25 Wn. App. 195 (Wash. Ct. App. 1980), referenced in Paragraph 35, which speaks for itself, and denies any remaining allegation in Paragraphs 35.

36. Paragraph 36 calls for a legal conclusion to which no response is necessary.

37. Paragraph 37 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to *Griffiths & Sprague Stevedoring Co. v. Bayly, Martin & Fay, Inc.*, 71 Wn. 2d 679 (Wash. 1967), quoted in Paragraph 37 and cited in Paragraph 38, which speaks for itself, and denies any remaining allegation in Paragraphs 37.

38. Paragraph 38 does not require a response from American-Amicable. To the extent a response is required, American-Amicable refers to *Griffiths & Sprague Stevedoring Co. v. Bayly, Martin & Fay, Inc.*, 71 Wn. 2d 679 (Wash. 1967), referenced in Paragraph 38, which speaks for itself, and denies any remaining allegation in Paragraph 38.

39. American-Amicable denies the allegations in Paragraph 39 concerning American-Amicable. The allegations in Paragraph 39 concerning the other Defendants do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other Defendants, and therefore, denies the same.

40. Responding to Paragraph 40, American-Amicable acknowledges that Plaintiff is suing in part under the TCPA and that TCPA claims may be brought in federal courts. American-Amicable denies any remaining allegation in Paragraph 40.

## PARTIES

41. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 41, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

42. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 42, and therefore, denies the same.

43. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 43, and therefore, denies the same.

44. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 44, and therefore, denies the same.

45. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 45, and therefore, denies the same.

46. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 46, and therefore, denies the same.

47. Responding to Paragraph 47, American-Amicable admits only that it is an insurance company organized and incorporated under the laws of the State of Texas, with its principal place of business in the State of Texas. American-Amicable denies any allegations in Paragraph 47 inconsistent with the above.

48. Responding to Paragraph 48, American-Amicable admits only that its registered agent for the State of Florida is "Chief Financial Officer" located at 200 East Gaines Street, Tallahassee, Florida 32399. American-Amicable denies any allegations in Paragraph 48 inconsistent with the above.

49. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 49, and therefore, denies the same.

50. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 50, and therefore, denies the same.

51. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 51, and therefore, denies the same.

52. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 52, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

53. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 53, and therefore, denies the same.

54. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 54, and therefore, denies the same.

55. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 55, and therefore, denies the same.

56. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore, denies the same.

57. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 57, and therefore, denies the same.

58. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 58, and therefore, denies the same.

## STATEMENT OF CLAIM

59. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore, denies the same.

60. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 60, and therefore, denies the same.

61. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 61, and therefore, denies the same.

62. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore, denies the same.

63. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 63, and therefore, denies the same.

64. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

65. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 65, and therefore, denies the same.

**General Facts**

66. American-Amicable lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 66, and therefore, denies the same.

67. American-Amicable denies the allegations in Paragraph 67 concerning American-Amicable. The allegations in Paragraph 67 concerning other Defendants do not require a response from American-Amicable, but to the extent a response is required, American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other Defendants, and therefore, denies the same.

68. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and therefore, denies the same.

69. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and therefore, denies the same.

70. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore, denies the same.

71. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and therefore, denies the same.

72. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and therefore, denies the same.

73. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and therefore, denies the same.

74. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs74, and therefore, denies the same.

75. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

76. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and therefore, denies the same.

77. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and therefore, denies the same.

78. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78, and therefore, denies the same.

79. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and therefore, denies the same.

80. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and therefore, denies the same.

**Calling Scripts**

81. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore, denies the same.

82. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and therefore, denies the same.

83. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore, denies the same.

84. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84, and therefore, denies the same.

85. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and therefore, denies the same.

86. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86, and therefore, denies the same.

87. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

88. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and therefore, denies the same.

**Script A**

89. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and therefore, denies the same.

90. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and therefore, denies the same.

91. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and therefore, denies the same.

**Script B**

92. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and therefore, denies the same.

93. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and therefore, denies the same.

94. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94, and therefore, denies the same.

**Script C**

95. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and therefore, denies the same.

96. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and therefore, denies the same.

97. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and therefore, denies the same.

**Script D**

98. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

99. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and therefore, denies the same.

100. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and therefore, denies the same.

**Script E**

101. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101, and therefore, denies the same.

102. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102, and therefore, denies the same.

103. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103, and therefore, denies the same.

**Script F**

104. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104, and therefore, denies the same.

105. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and therefore, denies the same.

106. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106, and therefore, denies the same.

**Script G**

107. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107, and therefore, denies the same.

108. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108, and therefore, denies the same.

109. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

**Script H**

110. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110, and therefore, denies the same.

111. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111, and therefore, denies the same.

112. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112, and therefore, denies the same.

**Script I**

113. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113, and therefore, denies the same.

114. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and therefore, denies the same.

115. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and therefore, denies the same.

**Script J**

116. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and therefore, denies the same.

117. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117, and therefore, denies the same.

118. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118, and therefore, denies the same.

**Script K**

119. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119, and therefore, denies the same.

120. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

121. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121, and therefore, denies the same.

**Script L**

122. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and therefore, denies the same.

123. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and therefore, denies the same.

124. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore, denies the same.

**Script M**

125. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and therefore, denies the same.

126. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore, denies the same.

127. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127, and therefore, denies the same.

**American Amicable**

128. American-Amicable denies the allegations in Paragraph 128.

129. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129, and therefore, denies the same.

130. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130, and therefore, denies the same.

131. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131, and therefore, denies the same.

132. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

133. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, and therefore, denies the same.

134. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore, denies the same.

135. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135, and therefore, denies the same.

136. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore, denies the same.

137. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137, and therefore, denies the same.

138. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and therefore, denies the same.

139. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139, and therefore, denies the same.

140. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and therefore, denies the same.

141. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and therefore, denies the same.

142. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and therefore, denies the same.

143. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143, and therefore, denies the same.

144. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144, and therefore, denies the same.

145. Responding to Paragraph 145, American-Amicable denies that a prohibited telemarketing call was placed to Plaintiff on behalf of, at the direction of, or with the ratification of



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

American-Amicable. Responding further, American-Amicable denies that the phone number referenced in Paragraph 145, (430) 204 5150, is associated with American-Amicable. American-Amicable denies any remaining allegation in Paragraph 145 American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and therefore, denies the same.

146. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146, and therefore, denies the same.

147. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147, and therefore, denies the same.

148. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148, and therefore, denies the same.

149. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149, and therefore, denies the same.

150. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150, and therefore, denies the same.

151. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151, and therefore, denies the same.

152. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152, and therefore, denies the same.

153. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153, and therefore, denies the same.

154. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154, and therefore, denies the same.

155. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

156. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156, and therefore, denies the same.

157. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157, and therefore, denies the same.

158. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158, and therefore, denies the same.

159. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159, and therefore, denies the same.

160. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160, and therefore, denies the same.

161. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161, and therefore, denies the same.

162. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162, and therefore, denies the same.

163. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163, and therefore, denies the same.

164. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164, and therefore, denies the same.

165. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and therefore, denies the same.

166. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and therefore, denies the same.

167. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167, and therefore, denies the same.

168. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

169. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169, and therefore, denies the same.

170. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and therefore, denies the same.

171. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171, and therefore, denies the same.

172. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172, and therefore, denies the same.

173. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173, and therefore, denies the same.

174. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174, and therefore, denies the same.

175. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and therefore, denies the same.

176. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176, and therefore, denies the same.

177. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177, and therefore, denies the same.

178. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and therefore, denies the same.

179. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and therefore, denies the same.

180. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180, and therefore, denies the same.

181. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

182. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182, and therefore, denies the same.

183. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183, and therefore, denies the same.

184. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184, and therefore, denies the same.

185. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185, and therefore, denies the same.

186. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186, and therefore, denies the same.

187. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187, and therefore, denies the same.

188. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188, and therefore, denies the same.

189. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189, and therefore, denies the same.

190. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190, and therefore, denies the same.

191. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191, and therefore, denies the same.

192. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and therefore, denies the same.

193. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and therefore, denies the same.

194. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

195. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195, and therefore, denies the same.

196. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196, and therefore, denies the same.

197. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197, and therefore, denies the same.

198. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198, and therefore, denies the same.

199. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and therefore, denies the same.

200. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200, and therefore, denies the same.

201. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201, and therefore, denies the same.

202. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202, and therefore, denies the same.

203. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203, and therefore, denies the same.

204. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204, and therefore, denies the same.

205. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205, and therefore, denies the same.

206. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206, and therefore, denies the same.

207. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

208. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208, and therefore, denies the same.

209. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209, and therefore, denies the same.

210. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210, and therefore, denies the same.

211. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211, and therefore, denies the same.

**American Amicable Life Insurance Company of Texas Was Calling**

212. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212, and therefore, denies the same.

213. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213, and therefore, denies the same.

214. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214, and therefore, denies the same.

215. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215, and therefore, denies the same.

216. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216, and therefore, denies the same.

217. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217, and therefore, denies the same.

218. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218, and therefore, denies the same.

219. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219, and therefore, denies the same.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

220. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220, and therefore, denies the same.

221. American-Amicable denies the allegations in Paragraph 221.

222. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222, and therefore, denies the same.

223. Responding to Paragraph 223, American-Amicable states that it received an email from Plaintiff on September 16, 2024 from bluewind33@protonmail.com and that such email was sent to consumercomplaints@aatx.com. American Amicable makes reference to the email referenced in Paragraph 223 and denies any allegations in Paragraph 223 inconsistent therewith.

224. Responding to Paragraph 224, American-Amicable makes reference to the email referenced in Paragraph 224 and denies any allegations inconsistent therewith.

225. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225, and therefore, denies the same.

226. Responding to Paragraph 226, American-Amicable states that the logo for American-Amicable has appeared at certain times on the webpage for Hegemon. American-Amicable denies any allegations in Paragraph 226 inconsistent with the above. American-Amicable also denies that it has vicarious liability for the actions or conduct of Hegemon.

227. Responding to Paragraph 227, American-Amicable states that Hegemon had its permission to post the logo belonging to American-Amicable on the Hegemon webpage. American-Amicable denies any allegations in Paragraph 227 inconsistent with the above. American-Amicable also denies that it has vicarious liability for the actions or conduct of Hegemon.

228. American-Amicable denies the allegations in Paragraph 228 that allege that it did not investigate Plaintiff's complaint. Further responding to Paragraph 228, American-Amicable incorporates by reference its written agreement with Hegemon Financial Group LLC and denies any allegations in Paragraph 228 inconsistent therewith. American-Amicable also denies that it has vicarious liability for the actions or conduct of Hegemon.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

229. Responding to Paragraph 229, American-Amicable denies that any call referenced in Paragraph 229 was placed on behalf of, at the direction of, or with the ratification of American-Amicable. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegation in Paragraph 229, and therefore, denies the same.

230. American-Amicable denies the allegations in Paragraph 230.

**American Family Life Assurance Company of Columbus**

231. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231, and therefore, denies the same.

232. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232, and therefore, denies the same.

233. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233, and therefore, denies the same.

234. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234, and therefore, denies the same.

235. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235, and therefore, denies the same.

236. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236, and therefore, denies the same.

237. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237, and therefore, denies the same.

238. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238, and therefore, denies the same.

239. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239, and therefore, denies the same.

240. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240, and therefore, denies the same.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

241. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241, and therefore, denies the same.

**A List of Calls**

242. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242, and therefore, denies the same.

243. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243, and therefore, denies the same.

244. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244, and therefore, denies the same.

245. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245, and therefore, denies the same.

246. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246, and therefore, denies the same.

247. There are no allegations in Paragraph 247. To the extent the Complaint is construed as having allegations in Paragraph 247, such allegations are denied.

**Fast & Easy Marketing LLC**

248. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248, and therefore, denies the same.

249. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249, and therefore, denies the same.

250. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250, and therefore, denies the same.

251. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251, and therefore, denies the same.

///

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

**Silver Shield Life LLC and Shawn Akers**

252. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252, and therefore, denies the same.

253. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253, and therefore, denies the same.

**Hegemon Group International LLC**

254. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254, and therefore, denies the same.

255. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255, and therefore, denies the same.

**These Calls are Annoying**

256. American-Amicable denies the allegations in Paragraph 256.

257. American-Amicable denies the allegations in Paragraph 257.

258. American-Amicable denies the allegations in Paragraph 258.

259. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259, and therefore, denies the same.

**RELIEF**

**Federal Claims – TCPA 47 U.S.C. § 227; 47 C.F.R. § 64.1200; & 47 C.F.R. § 64.1601**

**Count 1**

260. American-Amicable denies the allegations in Paragraph 260 insofar as the allegations are directed to American-Amicable.

**Count 2**

261. American-Amicable denies the allegations in Paragraph 261 insofar as the allegations are directed to American-Amicable.

///

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

**Count 3**

262. American-Amicable denies the allegations in Paragraph 262 insofar as the allegations are directed to American-Amicable.

263. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263, and therefore, denies the same.

264. American-Amicable denies the allegations in Paragraph 264 insofar as the allegations are directed to American-Amicable.

**Count 5[1]**

265. American-Amicable denies the allegations in Paragraph 265 insofar as the allegations are directed to American-Amicable.

266. American-Amicable denies the allegations in Paragraph 266 insofar as the allegations are directed to American-Amicable.

267. American-Amicable denies the allegations in Paragraph 267 insofar as the allegations are directed to American-Amicable.

268. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263, and therefore, denies the same.

**Count 6**

269. American-Amicable denies the allegations in Paragraph 269 insofar as the allegations are directed to American-Amicable.

270. American-Amicable denies the allegations in Paragraph 270 insofar as the allegations are directed to American-Amicable.

**Count 7**

271. American-Amicable denies the allegations in Paragraph 271 insofar as the allegations are directed to American-Amicable.

---

[1] The Complaint has no heading for "Count 4."



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

272. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272, and therefore, denies the same.

273. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273, and therefore, denies the same.

**Washington State Claims**

**Count 8**

274. Paragraph 274 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(2), which speaks for itself, and denies any remaining allegation in Paragraph 274.

275. Paragraph 275 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(2), which speaks for itself, and denies any remaining allegation in Paragraph 275.

276. American-Amicable denies the allegations in Paragraph 276 insofar as the allegations are directed to American-Amicable.

**Count 9**

277. Paragraph 277 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(6), which speaks for itself, and denies any remaining allegation in Paragraph 277.

278. Paragraph 278 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(6), which speaks for itself, and denies any remaining allegation in Paragraph 278.

279. American-Amicable denies the allegations in Paragraph 279 insofar as the allegations are directed to American-Amicable.

///

///

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

**Count 10**

280. Paragraph 280 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(3), which speaks for itself, and denies any remaining allegation in Paragraph 280.

281. Paragraph 281 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(3), which speaks for itself, and denies any remaining allegation in Paragraph 281.

282. American-Amicable denies the allegations in Paragraph 282 insofar as the allegations are directed to American-Amicable.

**Count 11**

283. Paragraph 283 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(6), which speaks for itself, and denies any remaining allegation in Paragraph 283.

284. Paragraph 284 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(6), which speaks for itself, and denies any remaining allegation in Paragraph 284.

285. American-Amicable denies the allegations in Paragraph 285 insofar as the allegations are directed to American-Amicable.

**Count 12**

286. Paragraph 286 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(7), which speaks for itself, and denies any remaining allegation in Paragraph 286.

287. Paragraph 287 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(7), which speaks for itself, and denies any remaining allegation in Paragraph 287.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

288. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 288, and therefore, denies the same.

**Count 13**

289. Paragraph 289 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(8), which speaks for itself, and denies any remaining allegation in Paragraph 289.

290. Paragraph 290 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(8), which speaks for itself, and denies any remaining allegation in Paragraph 290.

291. American-Amicable lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 291, and therefore, denies the same.

**Count 14**

292. Paragraph 292 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(9), which speaks for itself, and denies any remaining allegation in Paragraph 292.

293. Paragraph 293 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(9), which speaks for itself, and denies any remaining allegation in Paragraph 293.

294. American-Amicable denies the allegations in Paragraph 294 insofar as the allegations are directed to American-Amicable.

295. American-Amicable denies the allegations in Paragraph 295 insofar as the allegations are directed to American-Amicable.

**Count 15**

296. Paragraph 296 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(10), which speaks for itself, and denies any remaining allegation in Paragraph 296.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

297. Paragraph 297 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(10), which speaks for itself, and denies any remaining allegation in Paragraph 297.

298. American-Amicable denies the allegations in Paragraph 298 insofar as the allegations are directed to American-Amicable.

299. American-Amicable denies the allegations in Paragraph 299 insofar as the allegations are directed to American-Amicable.

**Count 16**

300. Paragraph 300 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.390(2), which speaks for itself, and denies any remaining allegation in Paragraph 300.

301. American-Amicable denies the allegations in Paragraph 301 insofar as the allegations are directed to American-Amicable.

302. American-Amicable denies the allegations in Paragraph 302 insofar as the allegations are directed to American-Amicable.

303. American-Amicable denies the allegations in Paragraph 303 insofar as the allegations are directed to American-Amicable.

304. Paragraph 304 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to R.C.W. 80.36.400, which speaks for itself, and denies any remaining allegation in Paragraph 304.

**Treble Damages**

305. American-Amicable denies the allegations in Paragraph 305 insofar as the allegations are directed to American-Amicable.

306. American-Amicable denies the allegations in Paragraph 306 insofar as the allegations are directed to American-Amicable.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

307. American-Amicable denies the allegations in Paragraph 307 insofar as the allegations are directed to American-Amicable.

308. American-Amicable denies the allegations in Paragraph 308 insofar as the allegations are directed to American-Amicable.

309. American-Amicable denies the allegations in Paragraph 309 insofar as the allegations are directed to American-Amicable. Further responding to Paragraph 309, American-Amicable states that it has been named as a defendant in other lawsuits in the United States.

310. American-Amicable denies that Plaintiff is entitled to the relief sought in Paragraph 310 or any relief from American-Amicable.

**Injunctive Relief**

311. Paragraph 311 calls for a legal conclusion to which no response is necessary. To the extent a response is required, American-Amicable refers to the TCPA, § 227(b) and (c), which speak for themselves, and denies any remaining allegation in Paragraph 311.

312. American-Amicable denies the allegations in Paragraph 312 insofar as the allegations are directed to American-Amicable.

313. American-Amicable denies that Plaintiff is entitled to the relief sought in Paragraph 313 or any relief from American-Amicable.

**All Possible Statutory Damages**

314. American-Amicable denies that Plaintiff is entitled to the relief sought in Paragraph 314 or any relief from American-Amicable.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense: Failure to State a Claim**

Plaintiff has failed to state a claim upon which relief can be granted, and, therefore, the claims against American-Amicable should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

**Second Affirmative Defense: Lack of Private Right of Action**

Plaintiff is not entitled to recover based on alleged violations of the TCPA and applicable regulations for which there is no private right of action. Additionally, Plaintiff is not entitled to recover based on alleged violations of Washington state law for which there is no private right of action.

**Third Affirmative Defense: Consent**

Plaintiff's claims are barred, in whole or in part, by Plaintiff's requisite permission or consent to be contacted by engaging in actions which demonstrated his consent.

**Fourth Affirmative Defense: No Injury**

Plaintiff's claims are barred, in whole or in part, because he suffered no legally cognizable injury. To the extent Plaintiff sustained any damages, which is denied, such damages are *de minimis* and not actionable.

**Fifth Affirmative Defense: Equitable Defenses**

Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, waiver, and unclean hands. Among other things, Plaintiff invited and welcomed the alleged telephone calls in an effort to manufacture and pursue litigation.

**Sixth Affirmative Defense: Not a Residential Line**

Plaintiff's claims fail because he cannot prove that a telephone number belonging to a residential telephone subscriber was called or that the alleged calls were made to a residential line.

**Seventh Affirmative Defense: Applicable Statutes and Regulations**

American-Amicable pleads the applicability of all relevant parts of the prior versions of 47 U.S.C. § 227, 47 C.F.R. § 64.1200, and R.C.W. 80.36 *et seq*. placing restrictions on telephone calls that may have been in effect during the time of the events alleged in the Plaintiff's Complaint.

**Eighth Affirmative Defense: Applicable Federal Exemptions and Exceptions**

American-Amicable incorporates by reference herein all provisions set forth within 47 U.S.C. § 227 and 47 C.F.R. § 64.1200 (including prior versions of this statute and regulation) and relies



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

herein on any safe harbor provisions, exemptions, exceptions, limitations, conditions, or other defenses that may be set forth thereunder.

**Ninth Affirmative Defense: Applicable State Exemptions and Exceptions**

American-Amicable incorporates by reference herein all provisions set forth within R.C.W. 80.36 *et seq.* (including prior versions and applicable regulations) and relies herein on any safe harbor provisions, exemptions, exceptions, limitations, conditions, or other defenses that may be set forth thereunder. In particular, and without limitation, American-Amicable pleads the exemption set forth in R.C.W. 80.36.390(1)(b)(i).

**Tenth Affirmative Defense: Exceptions to Do-Not-Call Registry Liability**

American-Amicable pleads the applicability of the exceptions to liability set forth in 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)(2).

**Eleventh Affirmative Defense: McCarran Ferguson Act**

American-Amicable pleads the application of reverse preemption of 47 U.S.C. § 227 and related regulations by applicable state insurance laws through the operation of the McCarran Ferguson Act.

**Twelfth Affirmative Defense: Hobbs Act**

American-Amicable would show that the Hobbs Act cannot be constitutionally applied to deprive American-Amicable of the defenses it has under the TCPA or regulations promulgated thereunder.

**Thirteenth Affirmative Defense: Failure to Mitigate Damages**

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff failed to mitigate his damages, and as a result, any judgment for Plaintiff must be reduced by any portion of damages which could have been avoided had appropriate steps been taken.

**Fourteenth Affirmative Defense: Calls Do Not Qualify**

Plaintiff's claims are barred, in whole or in part, because the telephone calls allegedly made were not telephone solicitations, unsolicited advertisements, or telemarketing calls within the


Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

meaning of the TCPA or R.C.W. 80.36.390.

**Fifteenth Affirmative Defense: Third Party Responsible**

Plaintiff's damages, if any, and none being admitted, were not caused by American-Amicable, but by another person or entity, for whom American-Amicable is not responsible over and whose activities American-Amicable exercises no control and/or has no right to control.

**Sixteenth Affirmative Defense: Lack of Vicarious Liability**

The Complaint fails to state a plausible claim for any liability under any theory of vicarious liability. American-Amicable does not have direct liability under the TCPA or the Revised Code of Washington or applicable regulations, nor can it have vicarious liability under same based on any agency theory or theory of ratification. Plaintiff cannot meet his burden of establishing that American-Amicable has either direct liability or vicarious liability in this case when it did not control the manner or means by which the alleged telephone calls were made and did not knowingly accept any benefits or otherwise ratify any alleged improper conduct.

**Seventeenth Affirmative Defense: Due Process**

Plaintiff's claims are barred, in whole or in part, because the imposition on American-Amicable of statutory damages and/or exemplary/punitive damages under the TCPA or the Revised Code of Washington would violate the Due Process provisions of both the United States Constitution and the Washington Constitution.

**Eighteenth Affirmative Defense: Compliance with Laws**

Plaintiff's claims are barred by American-Amicable's compliance with all applicable state, federal, and local laws and regulations.

**Nineteenth Affirmative Defense: Statute of Limitations**

American-Amicable pleads any and all applicable statute of limitations.

**Twentieth Affirmative Defense: FCC Exceeding Authority**

The Plaintiff's claims are barred, in whole or in part, to the extent they are based on orders or regulations that exceed the FCC's delegated authority.



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

**Twenty-First Affirmative Defense: No Willful Violation**

American-Amicable has not willingly or knowingly violated any provision, subsection, or regulation under the TCPA or the Revised Code of Washington, and, therefore, the Plaintiff is not entitled to treble or enhanced damages.

**Twenty-Second Affirmative Defense: Equitable Allocation and Set Off**

Any damages sustained by the Plaintiff must be reduced in proportion to the wrongful or negligent conduct of persons or entities other than American-Amicable, including third parties, under the principles of equitable allocation, recoupment, set off, proportionate responsibility, and/or comparative fault.  American-Amicable is also entitled to a set off of any recovery Plaintiff recovers from other parties or third parties related to the same alleged violations.

**Twenty-Third Affirmative Defense: No Future Harm**

Plaintiff's claim for injunctive relief is barred because there is no continuing harm or real and immediate danger of injury in the future.

**Twenty-Fourth Affirmative Defense: First Amendment**

Plaintiff's claims are barred, in whole or in part, because the alleged telephone calls constitute commercial speech protected by the First Amendment of the U.S. Constitution.

**Twenty-Fifth Affirmative Defense: Lack of Standing**

Plaintiff lacks standing to assert any claims based on the alleged telephone calls because Plaintiff has not suffered the requisite harm required to confirm standing under Article III of the U.S. Constitution.

**Twenty-Sixth Affirmative Defense: Lack of Personal Jurisdiction**

The Court lacks personal jurisdiction over American-Amicable, and, therefore, the claims against American-Amicable should be dismissed pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

///

///



Nelson Mullins Riley & Scarborough LLP
350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 221-7470

## RESERVATION OF RIGHTS

American-Amicable states that, following completion of discovery and investigation into this matter, additional defenses may become available. American-Amicable reserves the right to assert additional defenses that may be discovered in the course of these proceedings.

Dated: August 28, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*s/ Christopher S. Marks*
Christopher S. Marks, WSBA #28634
Attorney for Defendant
AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2025, a copy of the foregoing document was served on all parties as stated below. This firm is counsel for Defendant American-Amicable Life Insurance Company of Texas and will have copies of the original of this document as well.

**Via Email**

Nathen Barton
4618 NW 11th Cir.
Vancouver, WA 98607
Email: farmersbranch2014@gmail.com

*Plaintiff Nathen Barton (pro se)*

**Via Email**

Kristin Nealey Meier, WSBA 33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
Telephone: (206) 464-4224
Email: kmeier@ryanlaw.com

*Attorney for Defendant, AFLAC*

**Via Email**

Frank X. Nolan, IV (Admitted Pro Hac Vice)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 389.5083
Email franknolan@eversheds-sutherland.com

*Attorney for Defendant, AFLAC*

**Via Email**

Dustin Dorsey
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
1001 Galaxy Way, Suite 312
Concord, CA 94520
Telephone: (925) 466-4230
Email: dustin.dorsey@qpwblaw.com

*Attorney for Defendant, Hegemon Group International LLC*

**Via Regular Mail**

Fast & Easy Marketing LLC
ATTN: Muhammad Ali Janjua
6750 North Andrews Ave, Suite 150
Ft. Lauderdale, FL 33309

**Via Regular Mail**

Silver Shield LLC
ATTN: Registered Agents, Inc.
5534 Saint Joe Road
Fort Wayne, IN 46835

**Via Regular Mail**

Shawn Akers
1518 Thistle Lane
Fort Wayne, IN 46825

Signed at Los Angeles, California on August 28, 2025.

s/Lissette M. Fernandez
NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone: 424.221.7470
Email: lissette.fernandez@nelsonmullins.com