## Stefanie Prather

| | |
|---|---|
| **From:** | WAWDdb_COOPFilings |
| **Sent:** | Thursday, August 28, 2025 3:36 PM |
| **To:** | WAWDml_MAGCLRKSEA |
| **Subject:** | FW: Nathen Barton v. American Family Life Assurance Company of Columbus, et al. - File Answer today, August 28, 2025 |
| **Attachments:** | 2025.08.28 Answer & Affirmative Defenses (3-25-cv-05671-SKV Barton v. American Family Life Assurance Company, et al.).pdf |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---

**From:** Lissette Fernandez <lissette.meza@nelsonmullins.com>
**Sent:** Thursday, August 28, 2025 3:23 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** Chris Marks <chris.marks@nelsonmullins.com>; Larry Kristinik <larry.kristinik@nelsonmullins.com>
**Subject:** Nathen Barton v. American Family Life Assurance Company of Columbus, et al. - File Answer today, August 28, 2025
**Importance:** High

**CAUTION - EXTERNAL:**

Nathen Barton v. American Family Life Assurance Company of Columbus, et al.
United States District Court – Western District of Washington Case No.: 3:25-cv-05671-SKV
Honorable S. Kate Vaughan
Our Client: Defendant, American-Amicable Life Insurance Company of Texas

Good afternoon. In reference to the above matter, attached please find the following:

- American-Amicable Life Insurance Company of Texas' Answer

Due to today's CM/ECF outage, and pursuant to the emergency filing procedures received, we are submitting for filing today, August 28, 2025, our client's Answer to Plaintiff's Complaint via electronic delivery at the email address provided by the Court's Emergency Electronic Filing Procedures.

Please be advised parties will be served according to the Certificate of Service.
Please do not hesitate to contact the undersigned with any questions or if you require further information.
Thank you.

LISSETTE FERNANDEZ SENIOR ADMINISTRATIVE ASSISTANT
lissette.meza@nelsonmullins.com

350 SOUTH GRAND AVENUE | SUITE 2200
LOS ANGELES, CA 90071
T 424.221.7484
NELSONMULLINS.COM

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.