The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, FAST & EASY MARKETING LLC, HEGEMON GROUP INTERNATIONAL LLC, SILVER SHIELD LIFE LLC, SHAWN AKERS, AND JOHN DOE 1-10,<br><br>Defendants. | NO. 3:25-cv-05671-SKV<br><br>**ORDER GRANTING DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[PROPOSED]** |

BEFORE THE COURT is Defendant American Family Life Assurance Company of Columbus's Motion to Dismiss Plaintiff's Complaint (the "Motion"). The Court, having considered Defendant's Motion, any response, any reply, and any oral arguments of counsel; having reviewed the records and files herein and being otherwise fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant's Motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice.



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

DATED this ______ day of _______________________, 2025.

_______________________________________
S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

Presented By:

*/s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com

Francis X. Nolan, IV (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703
T: (212) 389-5083
franknolan@eversheds-sutherland.com

Attorneys for Defendant AFLAC