The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br>Plaintiff<br>v.<br><br>American-Amicable Life Insurance Company of Texas, Fast & Easy Marketing LLC, Silver Shield Life LLC, Shawn Akers, and John Doe 1-10<br>Defendants. | NO: 3:25-cv-05671-TMC<br><br>REPLY TO RESPONSE TO MOTION TO STRIKE AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS' AFFIRMATIVE DEFENSES PURSUANT TO FRCP 8; 12(B)(6); 12(C); AND 12(F)<br><br>NOTE FOR MOTION: APRIL 6, 2026 |

Different district courts have different strategies in dealing with a laundry list of meritless affirmative defenses and the Western District of Washington has been more aggressive than some other courts in pruning them early. In the long run an investment on this issue of affirmative defenses in telemarketing lawsuits now will save significantly more time than the initial investment. No doubt the Western District of Washington has already noticed a recent uptick of telemarketing cases. Mr. Barton predicts there will be many more telemarketing lawsuits in this district by the end of 2026 and not with Mr. Barton as a plaintiff.

With a few more rulings both sides of the aisle will understand which affirmative defenses have merit and which do not. Either telemarketers will stop with the boilerplate affirmative defenses or plaintiffs will stop moving to strike them. This is not a waste of the Courts time.



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Mr. Barton will just touch on failure to mitigate damages. American Amicable argues that because the relevant telemarketing statutes allow for the recovery of actual damages, their failure to mitigate defense has merit. And it would *if Mr. Barton asked for actual damages*. But he doesn't, he only asks for statutory damages, Dkt. 65 ¶331. If ¶331 isn't sufficient, by taking this position in this Reply and winning the issue Mr. Barton would be equitably estopped from changing his position on actual damages later.

DATED April 3, 2026.

Signed at Camas, WA on April 3, 2026.

______________________________

(Nathen Barton)

Nathen Barton
BlueWind33@ProtonMail.com
(360) 241-7255
4618 NW 11th Cir
Camas WA 98607

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System, which includes the Defendant. The said Notice of Electronic Filing specifically identifies recipients of electronic notice.

Executed on April 3, 2026.

/s/ Nathen Barton

Nathen Barton