Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| NATHEN BARTON,<br>Plaintiff<br>v.<br><br>American-Amicable Life Insurance Company of Texas, Fast & Easy Marketing LLC, Silver Shield Life LLC, Shawn Akers, and John Doe 1-10<br>Defendants. | Case No.: 3:25-cv-05671-TMC<br><br>PRECIPIE FOR DEPOSITION SUBPOENA |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Plaintiff Nathen Barton asks the Clerk of Court for a signed but otherwise blank deposition subpoena for use in the above captioned matter. This could be mailed to Plaintiff at:

Nathen Barton
4618 NW 11th Cir
Camas WA 98607

Or it may be uploaded as a docket entry in the above captioned matter.


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

DATED: May 27, 2026 ______________________________

Nathen Barton
4618 NW 11th Cir
Camas WA 98607
(360) 241-7255
FarmersBranch2014@gmail.com

## I. CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System, which includes the Defendant. The said Notice of Electronic Filing specifically identifies recipients of electronic notice.

/s/ Nathen Barton
Nathen Barton