Honorable Tiffany M Cartwright

IN THE SUPERIOR UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>Fast & Easy Marketing LLC, Silver Shield Life LLC, Shawn Akers, and John Doe 1-10<br>Defendants. | Case No.: 3:25−cv−05671−TMC<br><br>MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAST & EASY MARKETING LLC . |

Plaintiff Nathen Barton asks this Court to grant this motion for a default judgment against defendant Fast & Easy Marketing LLC ("Fast & Easy"). Mr. Barton commenced this action on July 2, 2025, by serving defendant American Family Life Assurance Company of Columbus a summons and complaint from The Superior Court of the State of Washington in and for the County of Clark. The action was removed to federal court. Mr. Barton moved the Court to default Fast & Easy in Dkt. 29 which was granted in Dkt. 34. An allegation is admitted if a responsive pleading is required and the allegation is not denied. FRCP 8(b)(6).

**Admitted Facts**

1. Plaintiff is the subscriber of the phone number that received the calls.

2. The phone number is registered in Barton's name and Barton pays for the subscription fees from his personal account. ¶60.
3. Barton uses the telephone number that received the calls as a residential telephone line. ¶61.
4. Barton answered each telephone call specifically listed in the Complaint. ¶62.
5. Plaintiff registered the phone number at issue on the FTC national do-not-call registry in 2021. ¶63.
6. At no time relevant to this lawsuit did Plaintiff consent in writing to any final expense related solicitation calls that contain artificial or pre-recorded speech. ¶64.
7. Fast & Easy is a telemarketer under 47 CFR § 64.1200(f)(12). ¶14.
8. Fast & Easy Marketing LLC {"Fast"} is a Florida corporation with principal address 6750 North Andrews Ave Suite 150, Ft Lauderdale FL 33309. ¶49.
9. AFLAC identified Fast & Easy as the Telemarketer who sold Mr. Barton the 2/3/2025 AFLAC policy. ¶231-235
10. Fast & Easy Marketing hired or is the telemarketer using the moniker "American Benefits" on the phone to sell FEI. ¶248.
11. They or the telemarketer they hired uses the moniker "Senior Benefits" so much that their phone agents use them interchangeably. ¶249.
12. Fast & Easy Marketing knows who Mr. Barton is, knows his phone number, knows Mr. Barton has repeatedly told them to stop calling, and continues calling for the purposes of telephone solicitation anyway. ¶250.
13. Fast & Easy Marketing is liable for all the telephone solicitation calls Mr. Barton received that used the monikers "American Benefits" or "Senior Benefits" ¶251.
14. The pre-July 23, 2023, calls from "American Benefits" and "Senior Benefits" are:


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| Pre July 23, 2023, Calls from ¶247: | |
|---|---|
| 12 American Benefits Voice Calls | 4/20/2022, 10/26/2022, 12/6/2022, 8 calls on 1/3/2023, 1/9/2023 |
| 2 American Benefits Robo Calls | 8/2/2022, 7/18/2023 |
| Senior Benefits Voice Call | 0 |
| 2 Senior Benefits Robo Calls | 7/12/2022, 7/20/2023 |

15.

16. Mr. Barton first told an American Benefits caller to stop calling, or the American Benefits caller told Mr. Barton he was already on their DNC list in line 25 of ¶247.

17. The post-July 23, 2023, calls from "American Benefits" and "Senior Benefits" are:

| Post July 23, 2023, Calls from ¶247 | |
|---|---|
| 2 American Benefits Voice Calls | 2 calls on 2/3/2025 |
| American Benefits Robo Call | 0 |
| 1 Senior Benefits Voice Call | 9/11/2023 |
| Senior Benefits Robo Call | 0 |

18.

19. Fast & Easy identifies themselves as "US Funeral Expenses". Facts 25 & 26.


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

20. The post-July 23, 2023, calls from “US Funeral Expenses” are:

| Post July 23, 2023, Calls from ¶247 | |
|---|---|
| 1 US Funeral Expenses Voice Call | 11/15/2023 |
| 20 US Funeral Expenses Robo Calls | (Script E, F, G, & H calls): 8/31/2023, 9/5/2023, 9/5/2023, 9/19/2023, 10/3/2023, 10/3/2023, 10/19/2023, 10/20/2023, 10/23/2023, 7/2/2024, 8/24/2024, 1/30/2025, 2/13/2025, 4/21/2025, 4/23/2025, 4/24/2025, 4/28/2025, 5/8/2025, 6/16/2025, 6/16/2025 |

21.

22. The nature of the artificial or prerecorded voice and the “US Funeral Expenses” identification is described in ¶¶101-112.

23. Fast & Easy used a real phone number (209) 431 1181 as described in ¶212 but the rest of the calls were transmitted with a fake calling number. ¶246.

24. Fast & Easy is one of the four entities known as The Telemarketer in the lawsuit. ¶18.

25. The Telemarketer in this case uses the fake monikers “US Funeral Expenses”, “American Benefits”, and “Senior Benefits”. ¶68.

26. Fast & Easy identifies themselves as “US Funeral Expenses”. ¶234.

27. The Telemarketers placed or caused to be placed a long series of voice and robocalls to Plaintiff, adding and maintaining his phone number in a pool of phone numbers until such time as they could sell Barton and people like him a FEI policy through

American Family Life Assurance Company of Columbus or American-Amicable Life Insurance Company of Texas. ¶22.

28. The Defendants used an automatic dialing and announcing device to initiate all the robocalls described above to Barton's phone numbers and then play artificial or prerecorded voice if and when the call was answered. ¶302.

**The Counts**

**Count 1**: 47 U.S.C. 227(b).

> Under § 227(b)(1)(A), it is unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system ["ATDS"] or an artificial or prerecorded voice," *Barton v. Real Innovation Inc.*, 792 F. Supp. 3d 1195 (W.D. Wash. 2025)

Fast & Easy initiated the robocalls of Facts 15, 18, & 20 to Mr. Barton.

**Count 2**: 47 C.F.R § 64.1200(c)(2).

> 227(c)(5) creates a private right of action for "[a] person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection[.]" *Barton v. Real Innovation Inc.*, 792 F. Supp. 3d 1195 (W.D. Wash. 2025)

Fast & Easy initiated the robocalls of Facts 15, 18, & 20 to Mr. Barton.

**Count 3**: Waived.

**Count 4**: Waived.

**Count 5**: Waived

**Count 6**: Waived.

**Count 7**: 47 CFR § 64.1601(e).

> Mr. Barton alleges that calls were made with "spoofed calling numbers," and the "callers had the ability to transmit the name of the telemarketer and intentionally chose not to." *Barton v. Am. Family Life Assurance Co.*


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

*of Columbus*, No. 3:25-cv-05671-TMC, 2026 LX 75171 (W.D. Wash. Jan. 22, 2026)

Except for phone number (209) 431 1181, the other phone numbers were fake (Fact 22) and in none of the calls did the caller identify the name of the telemarketer. ¶273.

**Count 8**: Waived

**Count 9**: Waived

**Count 10**: Waived

**Count 11**: Waived

**Count 12**: Post July 23, 2023, violations of RCW 80.36.390(7). In Row 25 of ¶247 DNC was checked where in ¶245 "DNC" denotes that Mr. Barton told the caller not to call his phone number again, or the caller told Mr. Barton that his number was already on the callers do-not-call list. All of the subsequent calls are violations of RCW 80.36.390(7)(c).

**Count 13**: Waived

**Count 14**: Post July 23, 2023, violations of RCW 80.36.390(9). Each call **in** Facts 15, 18, & 20 were made to Mr. Barton's telephone number while it was placed on the do not call registry maintained by the federal government pursuant to the telephone consumer protection act. Fact 5.

**Count 15**: Post July 23, 2023, violations of RCW 80.36.390(10). Except for phone number (209) 431 1181, Each call in Facts 15, 18, & 20 transmitted false caller identification numbers to wrongfully obtain something of value from Mr. Barton – telephone soliciting him while invading his privacy and trespassing into Mr. Barton's seclusion. ¶256.

**Count 16**: RCW 80.36.400. The Defendants used an automatic dialing and announcing device to place the Script E, F, G, & H calls to Mr. Barton. ¶¶301-302.

**Damages**

There are 39 total calls. Only the damages of Count 2 are discretionary, up to $500. The Court has the discretion to treble the damages of Counts 1, 2, & 7.

| | # of Calls | $ Damages | Total | Treble able? | Trebled |
|---|---|---|---|---|---|
| Count 1 | 24 | $500 | $12,000 | ✓ | $36,000 |
| Count 2 | 39 | $500 | $19,500 | ✓ | $58,500 |
| Count 7 | 31 | $500 | $15,500 | ✓ | $46,500 |
| Count 12 | 21 | $1,000 | $21,000 | | $21,000 |
| Count 14 | 21 | $1,000 | $21,000 | | $21,000 |
| Count 15 | 21 | $1,000 | $21,000 | | $21,000 |
| Count 16 | 24 | $1,000 | $24,000 | | $24,000 |
| Sum | | | $134,000 | | $228,000 |

**Treble Damages**

The telemarketers knew Mr. Barton did not want the calls and broke nearly every telemarketing law there is. ¶¶307-310. Counts 1, 2, & 7 damages should be tripled to encourage Fast & Easy to stop making these illegal calls.

**Conclusion**

A default judgement against Fast & Easy should be granted for no less than $134,000 or as much as $228,000.

July 22, 2026

____________________

Nathen Barton

Nathen Barton
(360) 241 7255
4618 NW 11th Cir
Camas WA 98607

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System, which includes the Defendant. The said Notice of Electronic Filing specifically identifies recipients of electronic notice.

Executed on July 22, 2026.

/s/ Nathen Barton

Nathen Barton



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607