Honorable Tiffany M Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, *et al.*,<br>Defendants. | Case No.: 3:25−cv−05671−TMC<br><br>DECLARATION OF NATHEN BARTON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST FAST & EASY MARKETING LLC (DKT. 78) |

I, Nathen Barton, declare as follows:

1. I am the plaintiff in this case. I am over 18 years old and competent to testify. I make this declaration from personal knowledge, from the recordings I made of the calls at the time I received them, and from the call log I kept at the time. I submit it, as the Court directed at the October 19, 2026 status conference (Dkt. 80), to support my motion for default judgment against Fast & Easy Marketing LLC (Dkt. 78). If called as a witness, I would testify to these facts.

2. In this declaration, "Line" numbers refer to the numbered rows of the call table in ¶ 247 of my original complaint (Dkt. 1-2). My motion relies on the original complaint, which is the pleading on which the Clerk entered default.


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

The Court has already granted default judgment against Fast & Easy Marketing LLC on liability (Dkt. 59). This declaration supports the amount of damages requested in Dkt. 78.

**A. My Telephone Number**

3. I received each call described below on my cellular telephone number (972) 207-5749 (the "972 number"). The 972 number is registered in my name, and I pay for the service from my personal account.

4. I registered the 972 number on the National Do Not Call Registry in 2021, and it has remained on the Registry since then.

5. I have lived in Camas, Clark County, Washington, at all times relevant to this case, and I received every call described below while I was in Clark County, Washington.

6. I never gave Fast & Easy Marketing LLC, or anyone calling for it, prior express written consent to call the 972 number, with a prerecorded voice or otherwise. I never asked to be called, never gave them the 972 number, and had no business relationship with them before the calls began.

**B. How I Received and Recorded the Calls**

7. I answered each call listed below and recorded it with a digital call recorder as it happened. At the end of most calls I stated the caller ID number, the date and time, that I was in Clark County, Washington, and that the call came to my 972 number. I then often called the caller ID number back to see whether it was a real, working number. I describe the result of each call-back in the table below. I have kept the recordings and can provide them if the Court wishes.

8. My recorder names each audio file with a code based on its internal clock, which was not always set correctly. The dates and times I give below come from what I said on each recording at the end of the call and from my call log.

9. The tables below quote exactly what I said when I asked a caller not to call.

## C. The Calls I Received

10. Between April 20, 2022 and June 16, 2025, I received the 39 calls listed in **Table 2** on the 972 number. The callers used the names "American Benefits," "Senior Benefits," and "US Funeral Expenses."

11. Most of the calls began with a recorded female voice that gave a name ("Emily Wilson," "Hannah Walker," "Ada Wilson," "Michelle Weills," and others) and said she was "with US Funeral Expenses," followed by the same scripted sentences: "based on our records, it shows that you may qualify for a state regulated final expense insurance plan that's gonna cover 100% of your funeral, burial, and cremation expense." The voice did not respond to what I said the way a live person would. On several of these calls I was transferred to a live agent who said he was with "American Benefits" or "Senior Benefits." On the calls marked "No (live)" in Table 2, a person spoke from the start and said he or she was with "American Benefits" or "US Funeral Expenses."

12. Two calls (Lines 74 and 80, January 30 and February 13, 2025) used the same "Emily Wilson" voice and script but said "U.S. Medicare Services." The September 11, 2023 call (Line 47) began with a different recording ("Alex with Senior Care") and was then transferred to a live agent who said he was "Michael Stein … from Senior Benefits." My motion listed Line 47 as a live call; it began with a recording.

13. The calls from (209) 431-1181 (Lines 15, 21–28, and 31) showed a number that could be called back. The other calls showed caller ID numbers that changed from call to call. The ones I called back were not in service, could not connect, or did not reach the caller, as shown in Table 2. The July 2, 2024 call (Line 63) showed no caller ID number. No call displayed the name Fast & Easy Marketing LLC.


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

14. I asked “American Benefits” not to call me again on January 4 and January 9, 2023 (Lines 25 and 31). On the other calls marked “DNC” in Table 2, I told the caller the words quoted in the table. The calls kept coming afterward.

15. On several of the calls I told the caller I live in Washington or gave my Washington ZIP code, 98607, as shown in Table 2.

16. I do not seek damages for the follow-up call I received on February 3, 2025 (Line 76).

**Table 2 — Calls I received from Fast & Easy Marketing LLC (“American Benefits,” “Senior Benefits,” “US Funeral Expenses”)**

| Line | Date / time | Caller ID | What the caller said | Recorded voice? | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|---|
| 1 | 4/20/2022 | (940) 289-1213 | Live caller: "American Benefits," selling final expense insurance | No (live) | — | — |
| 2 | 7/12/2022 | (430) 204-5259 | Script A recording; live caller "Senior Benefits" | Yes | — | DNC: [CONFIRM words used] |
| 4 | 8/2/2022 | (940) 289-1213 | Script A recording; live "Mark" of "American Benefits" | Yes | — | — |
| 9 | 10/26/2022 | (409) 254-1870 | Live "Alex" of "American Benefits" | No (live) | — | — |
| 15 | 12/6/2022 | (209) 431-1181 | Live "Kevin" of "American Benefits" | No (live) | real number | — |
| 21 | 1/3/2023 | (209) 431-1181 | Live "Michelle" of "American Benefits" | No (live) | real number | — |
| 22 | 1/3/2023 | (209) 431-1181 | Live caller, "American Benefits" | No (live) | real number | — |
| 23 | 1/3/2023 | (209) 431-1181 | Live caller, "American Benefits" | No (live) | real number | — |
| 24 | 1/3/2023 | (209) 431-1181 | Live caller, "American Benefits" | No (live) | real number | — |


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| Line | Date / time | Caller ID | What the caller said | Recorded voice? | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|---|
| 25 | 1/4/2023 | (209) 431-1181 | Live "Kate" of "American Benefits" | No (live) | real number | DNC: [CONFIRM the words I used to ask not to be called] |
| 26 | 1/4/2023 | (209) 431-1181 | Live caller, "American Benefits" | No (live) | real number | — |
| 27 | 1/4/2023 | (209) 431-1181 | Live caller, "American Benefits" | No (live) | real number | — |
| 28 | 1/4/2023 | (209) 431-1181 | Live "Aaron" of "American Benefits" | No (live) | real number | — |
| 31 | 1/9/2023 | (209) 431-1181 | Live "Kate" of "American Benefits" | No (live) | real number | DNC: [CONFIRM the words I used to ask not to be called] |
| 34 | 7/18/2023 11:32 a.m. | (972) 200-0129 | "Emily Wilson ... US Funeral Expenses" recording; live "John" of "American Benefits" | Yes | — | — |
| 35 | 7/20/2023 10:17 a.m. | (302) 597-6148 | "Emily Wilson" recording; live "Frank from Senior Benefits" | Yes | not in service | — |
| 41 | 8/31/2023 2:17 p.m. | (972) 207-9875 | "Emily Wilson ... U.S. Funeral Expenses" recording | Yes | — | — |
| 42 | 9/5/2023 | (972) 514-8643 | "Emily Wilson ... US Funeral Expenses" recording | Yes | not in service | — |
| 43 | 9/5/2023 2:53 p.m. | (972) 514-8643 | "Emily Wilson ... US Funeral Expenses" recording | Yes | not in service | — |
| 47 | 9/11/2023 | (469) 901-1280 | Script M "Alex with Senior Care" recording; live "Michael Stein ... from Senior Benefits" | Yes | voicemail; spoofed | — |


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| Line | Date / time | Caller ID | What the caller said | Recorded voice? | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|---|
| 50 | 9/19/2023 12:31 p.m. | (407) 379-5353 | "Emily Wilson ... US Funeral Expenses" recording | Yes | — | — |
| 51 | 10/3/2023 | (207) 306-4206 | "Emily Wilson ... U.S. Funeral Expenses" recording | Yes | — | — |
| 52 | 10/3/2023 9:42 a.m. | (339) 220-6152 | "Emily Wilson ... US Funeral Expenses" recording | Yes | — | — |
| 55 | 10/19/2023 8:08 a.m. | (405) 267-9424 | "Emily Wilson" US Funeral Expenses recording; I said I live in Washington | Yes | — | — |
| 56 | 10/20/2023 1:39 p.m. | (972) 264-3240 | "Emily Wilson ... US Funeral Expenses" recording | Yes | — | — |
| 57 | 10/23/2023 10:41 a.m. | (972) 393-5850 | "Emily Wilson ... US Funeral Expenses" recording; I said I live in Washington | Yes | not in service | — |
| 58 | 11/15/2023 10:36 a.m. | (360) 942-0407 | Live "Ben," then "Carlos," of "US Funeral Expenses"; I gave ZIP 98607 | No (live) | spoofed | — |
| 63 | 7/2/2024 | [none shown] | "Michelle Weills ... US Funeral Expenses" recording; I said I live in Washington | Yes | — | — |
| 66 | 8/24/2024 8:58 a.m. | (972) 265-4835 | "Vanessa Hills ... US Funeral Expenses" recording; I said I live in Washington | Yes | disconnected | — |
| 74 | 1/30/2025 3:56 p.m. | (972) 782-7555 | "Emily Wilson with U.S. Medicare Services" recording (same voice as Script H) | Yes | could not connect | — |


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| Line | Date / time | Caller ID | What the caller said | Recorded voice? | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|---|
| 75 | 2/3/2025 2:47 p.m. | (972) 379-3629 | Live caller "with American Benefits"; quoted American Amicable and Aflac; I said I live in Washington | No (live) | could not connect | — |
| 80 | 2/13/2025 12:06 p.m. | (972) 349-7575 | "Emily Wilson with U.S. Medicare Services" recording (same voice as Script H); I said I live in Washington | Yes | not in service | — |
| 85 | 4/21/2025 10:17 a.m. | (972) 246-8654 | "Ada Wilson ... US Funeral Expenses" recording | Yes | — | — |
| 86 | 4/23/2025 7:19 a.m. | (972) 268-9263 | "Aida Wilson ... US Funeral Expenses" recording | Yes | — | — |
| 87 | 4/24/2025 7:50 a.m. | (972) 366-2786 | "Hannah Walker ... US Funeral Expenses" recording | Yes | — | — |
| 88 | 4/28/2025 7:55 a.m. | (972) 316-1747 | "Hannah Walker ... US Funeral Expenses" recording | Yes | — | — |
| 89 | 5/8/2025 8:48 a.m. | (972) 787-5465 | "Hannah Walker ... U.S. Funeral Expenses" recording; live "Stanley" | Yes | not in service | DNC: I said: "I can't take personal calls on this number." |
| 92 | 6/16/2025 10:20 a.m. | (972) 764-2867 | "Hannah Walker ... US Funeral Expenses" recording | Yes | — | — |
| 95 | 6/16/2025 | (972) 764-2867 | "Hannah Walker" US Funeral Expenses recording; live agent quoted Aflac and American Amicable; [CONFIRM this is a separate call from line 92] | Yes | — | DNC: [CONFIRM words used] |



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**D. How I Learned Fast & Easy Marketing LLC Was Responsible for These Calls**

17. Because none of the calls identified the company behind them, I stayed on the line on the February 3, 2025, call (Line 75) to find out. The live caller said he was "with American Benefits," pitched final expense insurance, and quoted me prices from American-Amicable and Aflac. I told him I live in Washington State. An Aflac policy was issued from that sales process.

18. On March 18, 2025, a representative calling for Aflac told me the Aflac policy had been cancelled. She identified the agent who sold it as "Waqas Qureshi," with phone number (704) 324-3001 and address 1518 Primrose Lane, Wellington, FL 33414.

19. On June 22, 2025, I called the phone number the Aflac agent gave me for the phone agent who sold me the Aflac policy: (704) 324-3001. A recorded greeting answered: "Thank you for calling U.S. Funeral Expenses. Our office is currently closed. Our normal office hours are 9 a.m. to 7 p.m. Eastern Standard Time, Monday to Friday." The agent who sold me the policy on an "American Benefits" call therefore worked from a number that answers as "US Funeral Expenses," the same name the recorded callers in Table 2 used.

20. The callers in Table 2 used the names "American Benefits," "Senior Benefits," and "US Funeral Expenses" interchangeably. Recorded "US Funeral Expenses" calls were transferred to live agents who said they were with "American Benefits" or "Senior Benefits" (for example, Lines 34, 35, and 47), and the June 16, 2025 "US Funeral Expenses" call (Line 95) was transferred to an agent who, like the February 3, 2025 "American Benefits" caller, quoted me Aflac and American-Amicable policies. For these reasons, I identified the calls in Table 2 as calls made by Fast & Easy Marketing LLC, as alleged in ¶¶ 233–35 and 248–51 of my complaint.


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**E. Service and Default**

21. Fast & Easy Marketing LLC was served as shown in Dkt. 27, and the Clerk entered its default on September 10, 2025 (Dkt. 34). It has not appeared. It is a limited liability company, not a minor, an incompetent person, or a servicemember.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Camas, Washington on November 9, 2026.

Nathen Barton, Plaintiff, pro se
4618 NW 11th Cir
Camas WA 98607
(360) 241-7255
BlueWind33@ProtonMail.com

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will send notification of the filing to all parties registered with the CM/ECF System.

Executed on November 9, 2026.
/s/ Nathen Barton
Nathen Barton