Honorable Tiffany M Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, *et al.*,<br>Defendants. | Case No.: 3:25−cv−05671−TMC<br><br>DECLARATION OF NATHEN BARTON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST SHAWN AKERS (DKT. 77) |

I, Nathen Barton, declare as follows:

1. I am the plaintiff in this case. I am over 18 years old and competent to testify. I make this declaration from personal knowledge, from the recordings I made of the calls at the time I received them, and from the call log I kept at the time. I submit it, as the Court directed at the October 19, 2026 status conference (Dkt. 80), to support my motion for default judgment against Shawn Akers (Dkt. 77). If called as a witness, I would testify to these facts.

2. In this declaration, "Line" numbers refer to the numbered rows of the call table in ¶ 247 of my original complaint (Dkt. 1-2). My motion relies on the original complaint, which is the pleading on which the Clerk entered default.



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**A. My Telephone Number**

3. I received each call described below on my cellular telephone number (972) 207-5749 (the “972 number”). The 972 number is registered in my name, and I pay for the service from my personal account.

4. I registered the 972 number on the National Do Not Call Registry in 2021, and it has remained on the Registry since then.

5. I have lived in Camas, Clark County, Washington, at all times relevant to this case, and I received every call described below while I was in Clark County, Washington.

6. I never gave Shawn Akers, or anyone calling for him, prior express consent to call the 972 number, with a prerecorded voice or otherwise. I never asked to be called, never gave them the 972 number, and had no business relationship with them before the calls began.

**B. How I Received and Recorded the Calls**

7. I answered each call listed below and recorded it with a digital call recorder as it happened. At the end of most calls I stated the caller ID number, the date and time, that I was in Clark County, Washington, and that the call came to my 972 number. I then often called the caller ID number back to see whether it was a real, working number. I describe the result of each call-back in the table below. I have kept the recordings and can provide them if the Court wishes.

8. My recorder names each audio file with a code based on its internal clock, which was not always set correctly. The dates and times I give below come from what I said on each recording at the end of the call and from my call log.

9. The table below quotes exactly what I said when I asked a caller not to call.

**C. The Calls I Received**

10. Between May 6, 2024 and June 16, 2025, I received the 16 calls listed in **Table 1** on the 972 number. These are the calls listed as “Script D” calls in ¶ 247 of my complaint.


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

11. Each call began with the same recorded message, spoken by the same voice, using the same words and timing: “Hi, my name is Chris. How are you doing today? … This call is about new, low cost, state regulated final expense insurance plan that’s gonna cover 100% of your funeral, burial, and cremation expenses. So just for the qualifying purpose, how old are you?” The voice did not respond to what I said the way a live person would. It paused, then played the next recorded sentence. After the recording asked my age, it said it would bring on an insurance specialist. On most of the calls, the call was then transferred to a live person who tried to sell me final expense insurance.

12. The caller ID number changed on nearly every call. When I called the numbers back, many were not in service, unallocated, or could not connect, as shown in Table 1. No call displayed the name Shawn Akers or Silver Shield Life, or a number that reached either of them.

13. On the calls marked in Table 1, I heard from and told the caller the words in the table. The calls kept coming to the 972 number afterward.

14. On several of the calls I told the caller that I live in Washington or gave my Washington ZIP code, 98607, as shown in Table 1.

**Table 1 — Calls I received that were made for Shawn Akers (“Script D” calls)**

| Line | Date / time | Caller ID | What the caller said | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|
| 62 | 5/6/2024 11:54 a.m. | (516) 566-0206 | "Hi, my name is Chris" | — | DNC: I said: "I'm not supposed to take these calls on this number. I'm not supposed to take personal calls on this number." |
| 65 | 8/20/2024 8:47 a.m. | (620) 826-0013 | "Hi, my name is Chris". I gave ZIP 98607 | — | DNC: I said I was "not supposed to take personal calls on this number" and "the number you called, I'm not supposed to get these calls on," and asked to be called on another number. |


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| Line | Date / time | Caller ID | What the caller said | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|
| 67 | 9/11/2024 | (469) 930-5563 | "Hi, my name is Chris" | "kicked from this conference" | — |
| 70 | 11/21/2024 2:54 p.m. | (978) 393-4074 | "Hi, my name is Chris". I said I live in Washington, ZIP 98607 | unallocated | — |
| 71 | 1/8/2025 | (972) 306-0920 | "Hi, my name is Chris". Transferred to "Sean Akers," who said his brokerage was Silver Shield Life and the callers were "my marketing team"; sold me an American Amicable policy. | could not connect | — |
| 73 | 1/9/2025 10:54 a.m. | (865) 565-6339 | "Hi, my name is Chris". | could not connect | — |
| 77 | 2/5/2025 11:48 a.m. | (972) 685-4178 | "Hi, my name is Chris". I said I live in Washington | not in service | — |
| 78 | 2/11/2025 10:34 a.m. | (972) 263-6546 | "Hi, my name is Chris". | — | — |
| 79 | 2/11/2025 2:27 p.m. | (972) 264-3240 | "Hi, my name is Chris". | — | — |
| 82 | 3/25/2025 12:45 p.m. | (972) 663-5901 | "Hi, my name is Chris". | — | — |
| 83 | 4/14/2025 2:31 p.m. | (972) 646-2443 | "Hi, my name is Chris". | — | — |
| 84 | 4/14/2025 11:00 a.m. | (972) 848-8827 | " Hi, my name is Chris". | not in service | DNC: I said: "I'm not supposed to take personal calls on this number" and asked to be called on another number. |
| 90 | 5/28/2025 | (972) 362-5855 | "Hi, my name is Chris". | Not in service | — |
| 91 | 6/13/2025 8:24 a.m. | (325) 273-9995 | "Hi, my name is Chris". | — | DNC: I said: "I'm not supposed to take personal calls on this number." |


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| Line | Date / time | Caller ID | What the caller said | Call-back result | Do-not-call statement |
|---|---|---|---|---|---|
| 93 | 6/16/2025 11:42 a.m. | (346) 398-8737 | "Hi, my name is Chris". | — | — |
| 94 | 6/16/2025 12:40 p.m. | (737) 355-9745 | "Hi, my name is Chris". | not in service | — |

### D. How I Learned Shawn Akers Was Responsible for These Calls

15. Because none of the calls identified who was behind them, I stayed on the line on the January 8, 2025 call (Line 71) to find out. After the “Chris” recording, the call was passed through several people. The last of them told the next person that I was “from the beautiful state of Washington” and transferred me to a man who said: “My name is Sean, Sean Akers. I am a life insurance brokerage in Fort Wayne, Indiana. The name of my brokerage is SilverShield Life.” He thanked me for “taking the time to speak with my marketing team,” and said that “what my marketing team does is they interview clients to see if they would be a fit for what I have, what I have to offer.”

16. Mr. Akers then took my application for an American-Amicable final expense insurance policy, using my Camas, Washington address.

17. Later on January 8, 2025, Mr. Akers called me back from (260) 305-1401 to discuss the American-Amicable policy he had just sold me. That call came to a different phone I use for investigations, (360) 541-8666, and I do not seek damages for it.

18. On June 13, 2025, I called (260) 305-1401. A recorded greeting answered: “Hello, you’ve reached Silver Shield Life, where we are dedicated to protecting your legacy.”

19. The Indiana Secretary of State business record for Silver Shield Life LLC lists Shawn Akers as a governing person at 1518 Thistle Lane, Fort Wayne, IN 46825.

20. The January 8, 2025, call began with the same “Chris” recording, in the same voice and with the same words, as every other call in Table 1. On the calls that reached a live


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

person, that person sold final expense insurance in the same way. Mr. Akers told me that the people who made that call were his marketing team. For these reasons, I identified the calls in Table 1 as calls made by Mr. Akers's marketing team on his behalf, as alleged in ¶¶ 252–53 of my complaint.

**E. Service, Default, and Military Status**

21. Mr. Akers was served as shown in Dkt. 28, and the Clerk entered his default on September 12, 2025 (Dkt. 39). He has not appeared.

22. I am unable to determine whether Mr. Akers is in military service. I do not know his date of birth or Social Security number, which the Department of Defense's SCRA website requires for a search. On January 8, 2025, Mr. Akers told me he runs his own life insurance brokerage, Silver Shield Life, in Fort Wayne, Indiana, and he was working that day as a licensed insurance agent. Nothing he said suggested he was on active duty.

23. To my knowledge he is an adult and is not an incompetent person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Camas, Washington on November 9, 2026.

Nathen Barton, Plaintiff, pro se
4618 NW 11th Cir
Camas WA 98607
(360) 241-7255
BlueWind33@ProtonMail.com

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will send notification of the filing to all parties registered with the CM/ECF System.

Executed on November 9, 2026.
/s/ Nathen Barton
Nathen Barton


NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607